# EXHIBIT 3



ses imagotag

## VUSION '27

# A VUSION for the future

2022-2027 Strategic Plan

CAPITAL MARKETS DAY
NOV. 9, 2022

# Disclaimer

Certain information included in this presentation are not historical facts but are forward-looking statements. These forward-looking statements are based on current beliefs, expectations and assumptions, including, without limitation, assumptions regarding present and future business strategies and the environment in which SES-imagotag operates, and involve known and unknown risks, uncertainties and other factors, which may cause actual results, performance or achievements, or industry results or other events, to be materially different from those expressed or implied by these forward-looking statements. Forward-looking statements speak only as of the date of this presentation and SES-imagotag expressly disclaims any obligation or undertaking to release any update or revisions to any forward-looking statements included in this presentation to reflect any change in expectations or any change in events, conditions or circumstances on which these forward-looking statements are based. Such forward-looking statements are for illustrative purposes only. Forward-looking information and statements are not guarantees of future performances and are subject to various risks and uncertainties, many of which are difficult to predict and generally beyond the control of SES-imagotag. The forward-looking statements included in this presentation do not include any assumption for a further significant deterioration in market conditions or the current geopolitical situation. Actual results could differ materially from those expressed in, or implied or projected by, forward-looking information and statements. These risks and uncertainties include those discussed or identified under Chapter 2 of the Universal Registration Document of SES-imagotag, approved by the French Autorité des Marchés Financiers (AMF) on 7 July 2022 under number R.22-033 and available on SES-imagotag's website (www.ses-imagotag.com) and the AMF's website (www.amf-france.org).

This presentation includes only summary information and does not purport to be comprehensive. No reliance should be placed on the accuracy or completeness of the information or opinions contained in this presentation.

This presentation does not contain or constitute an offer of securities for sale or an invitation or inducement to invest in securities in France, the United States or any other jurisdiction.



2

# Agenda



## Market & Strategy

**2.00pm – 2.05pm** **Welcome & Agenda**

2.05pm – 2.20pm **SES-imagotag 2017 – 2022:** The end of the beginning

2.20pm – 2.40pm **Current state of retail and market trends**

2.40pm – 2.55pm 2022 – 2027: **A VUSION for the Future**

2.55pm – 3.15pm **Driving sustainability in physical retail:** SES-imagotag's purpose and ESG commitments

3.15pm – 3.25pm *Q&A*



## Technology & Products

3.25pm – 3.35pm **R&D Strategy:** Making the Physical Store a Digital Asset

3.35pm – 4.00pm **Captana:** Shelf Transparency Delivered

4.00pm – 4.10pm **Engage:** The Next Big Digital Media is the Store

4.10pm – 4.30pm Q&A & Break



## Global Growth & VUSION '27

4.30pm – 4.45pm **The €2B+ Global Growth Plan**

4.45pm – 5.00pm **Europe: Elevating our historic market**

5.00pm – 5.20pm **North America: Scaling up in the world's largest retail market**

5.20pm – 5.50pm **VUSION '27 Business Plan + Q&A**

5.50pm – 6.00pm **Closing remarks**



# vusion
**ses** imagotag

## 2017-2022
# The End of the Beginning

# SES-imagotag key milestones



35K stores
incl. 10K on VUSION Platform

>4K stores
in America

350+ retailers
in 62 countries

>15% VAS

Inception

ESL Invention

IPO
Euronext Paris

ESL
World
leader

Acquisitions:
Imagotag, Findbox,
PDI, MarketHub

VUSION
Cloud Platform

USA + China

| 1992 | 2006 | 2012 | 2015 | 2018 | 2022 | 2027 |

*Strategic Plans >>*

i3   LEAPFROG   VUSION '22   VUSION '27

€62m   €111m   €188m   €600m

**Conquest
of Europe**

**IoT
acquisitions**

**Cloud & VAS
+ Globalization**



5

# **Global leader** in IoT & digital solutions for physical retail



**19 Regional Hubs**

**630 employees**

**62 countries**

**35,000 stores**

**350+ retailers**

**€600m+ sales**

10y-Cagr 25% pa

€600m+

2002  2005  2010  2015  2017  2018  2019  2020  2021  2022e

ROW
**7%**

North
America
**18%**

Europe
**75%**

GOLD 2021 ecovadis Sustainability Rating

UN GLOBAL COMPACT
**United Nations**
Global Compact

vusion
ses imagotag

6

# Best performing retailers choose SES-imagotag

 **350+ clients**

~30% of the Top250

~50% of the Top50


Deloitte.
Global Powers of Retailing 2020

**50**
Customer NPS 2022
(Tech avg. = 35)

**SES-imagotag customers outperform:**
+19% 5-yr growth
vs. 9% avg. Top250

   
   
   
    
   


    
    
    
   
   

vusion
ses imagotag

# Our Solutions
## digitalize physical retail



**Pricing Automation**



**Optimized Picking & Replenishment**



**Real-Time Shelf Monitoring & Analytics**



**Digital Advertising**



**In-Store Search & Flash**



**In-Store Mobile Experience**



# 2017-22: innovation acceleration

ESL
Cloud

→

DSS
Digital Shelf Solution

| 2017/18 | 2019 | 2020 | 2021 | 2022 |
|---------|------|------|------|------|
| | | | | VUSION-E |
| | | | | VUSION OS |
| | | | Captana AI | Captana AI |
| | | Engage | Engage | Engage |
| | | In-Store Fulfillment | In-Store Fulfillment | In-Store Fulfillment |
| | Pulse | Pulse | Pulse | Pulse |
| | Infraless | Infraless | Infraless | Infraless |
| VUSION Cloud IOT Platform | VUSION | VUSION | VUSION | VUSION |

| VAS% >> | 10% | | 13% | | ~16% |
|---------|-----|--|-----|--|------|



*small ind. retailers / ** All VUSION stores

9

# Digital Shelf System

The technology backbone of store digitization

**Price & Promo**

Agility
Accuracy
Intelligence

**Ultra-Precise Location**

Product
Staff
Shopper

**In-Store Fulfillment**

Picking
Local e-Commerce



**Workforce Management**

Associate Empowerment
In-store Navigation
Value-Based Replenishment

**Shelf Data**

On-Shelf Availability / Planogram
Supply Chain Management
Merchandising

**Retail Media**

Digital campaigns at the shelf
Customer Insights
Digital Interactions



# 2017-2022
# key figures



**Cloud ESL**
Installed base in million units

|  | 2017 | 2022e |
|---|---|---|
| **SALES in €m** | 153 | **600+** |
| 5-year CAGR% | 20% | **31%** |
| **% International** | 55% | **90%** |
| **VAS %** | 8% | **~16%** |
| in € / ESL / yr | 0.1 | **0.3** |
| **Total ESL** | 160 | **350** |
| Cloud-ESL | - | 50 |
| **EBITDA** | 4% | **9-10%** |
| **NPS** | NA | **50** |
| **People** | 370 | **630** |



| | 2017 | 2019 | 2022 |
|---|---|---|---|
| | 0 | 18 | ~50 |
| **In % of total ESL** | 0% | 7% | 15% |



# Global supply chain

| Weekly ESL production 2022 | Cumulated ESL qty total |
|---|---|
| **1.5 M pcs** | **350 M pcs** |

**Ramp-up H2/2022**
**MEXICO**
Chihuahua

**SES workforce:**
**# TAG & EPD: 2,350**
**CHINA**
Chongqing

**SES workforce:**
**# TAG: 600**
**VIETNAM**
Ho Chi Minh City



**Total**
**~3,000 staff**
at SES-imagotag´s
production sites



300

**x4**

70

Planned
Industrial
Capacity
Ramp-up
(5y)



# Building for the long-term



**2014**

**NEW - 2022**

**Target 2023**

**Quality Management**

**Environmental Management**

*Underway*

**Cybersecurity Management**

# SES-imagotag NOW IN the Top 1% of all Ecovadis rated companies



**SES-imagotag ECOVADIS rating**

| Theme | Scorecard |
|---|---|
| Environment | 80/100 |
| Labor & Human Rights | 80/100 |
| Sustainable Procurement | 80/100 |
| Ethics | 80/100 |



# Our
# shareholders



**2018**

**75%**
BOE
Smart Retail

**25%**
Other
investors

**Placements**

**Unbundling**

**NOV 2022**

**12%**
SESIM

**42%**
BOE

**46%**
Other
investors





2022-2027

# A **VUSION** for the future

# Physical Stores Under Pressure

Inflation

Recession

Price war

Energy cost

Labor cost / shortage

**PHYSICAL STORES**

Online shift

Consumers shift

Store traffic decrease

**Unfavourable economics**

**Profits & Market cap decrease**

**Bankruptcies & stores closings**



18

# Consumer expectation changers

   

  

  



# E-Commerce Global Growth

E-commerce in % of total retail sales

**30-40**%

**In 5 years**



**15-20**%

**+10-20% per year**

**E-commerce will represent 60% of total retail sales added in 2022-27 (5 years)**

**+$2.3tn**



 E-commerce ⬛ Brick & Mortar



# **Falling** retail space





Total Europe Retail Selling Space

Source: Euromonitor

In the United States alone, more than **100 retailers** have declared **bankruptcy** in the past three years, and about 30,000 stores closed in the same period
according to McKinsey&Company



# High social risks associated
## with the current retail challenges
—



**-50%**

Long-term potential negative impact on **retail employment** due to on/offline substitution and stores closings



vusion
ses imagotag

# High environmental risks





## ~2000B$

Incremental E-commerce revenue in the next 5-7 years

**E-commerce revenue**





## 330M sqm

Need for new warehouses and fulfillment centers

**New logistic infrastructure**

## 0.5 GT

$CO_2$ emissions to build the new infrastructure

**$CO_2$ Emissions**

If it continues to be based primarily on a direct-to-consumer logistics model, the rapid growth in E-commerce will require hundreds of millions of sqm of new fulfilment centers and trigger **massive new $CO_2$ emissions.**



# Risk of reduced access to capital to fund physical retail's transformation journey





# Breaking the negative cycle?





# Breaking the negative cycle?



**Stores less profitable**

**Traffic & sales decrease**

**Shopper experience**

**Lower investments**



**Negative Societal Impact**



**Making store more automated, data-driven and connected**

**Better business model & Profitability**

**Great experience & better jobs**

**Investments in attractive and omnichannel stores**

**Positive Societal Impact**





# Market Trends, Challenges & Opportunities



## Mark Ibbotson

Retail Expert
Former EVP Realty & Central
Operations at Walmart
Former COO at ASDA
Sr. Advisor at McKinsey



## Colin Peacock

Retail Expert
Group Coordinator at ECR Group
Former Procter & Gamble
Top Executive



## Roy Horgan

SEVP Strategy, Marketing &
Communications at SES-imagotag



2022-2027
# A **VUSION** for the future

# Breaking the negative cycle!



**Negative Societal Impact**

- Traffic & sales decrease
- Stores less profitable
- Lower investments
- Shopper experience

**Positive Societal Impact**

- Making store more automated, data-driven and connected
- Better business model & Profitability
- Investments in attractive and omnichannel stores
- Great experience & better jobs





**For all the headwinds,**
**a bright future lies ahead.**
The potential value of physical
stores is vastly underestimated

# Stores digitization more than ever at the top of the agenda

Inflation

Labor cost

Demand slow-down

Food supply chains strained

Climate crisis

 **Pricing agility** (ESL)

 **Productivity** (ESL, ISF)

 **Availability** (CAPTANA)

 **Brand activation** (ENGAGE)

 **Local e-Commerce** (ISF)

 **Capital efficiency** (ISF, CAPTANA)

**Our solutions have never been so strategic and crucial to retailers**



31

# Intelligent shelf labels will become the <span style="color:#F5B800">backbone technology</span> of store digitization



**ESL installed Base**
# of units in Bn

**TAM
10 bn
units**

ESL on a **long-term high growth** trajectory

**2.3**

**0.7**

5-Y CAGR
~30% p.a.

2012      2022    2027

**Drivers of adoption**
- **Inflation**
- **Labor cost**
- **Omnichannel**
- **Data**
- **Retail media**

**Key enabler of store efficiency & shopper engagement**

Intelligent and agile pricing

In-Store Fulfillment of E-Commerce

Store Automation

Shelf Monitoring

Inventory Management

Digital Engagement at the Shelf

Location-based Services



# Our vision of the future winning retail model

Hybrid &
Store-centric





Brands
Partners
Connected Store Collaborative Cloud
Chain-level functions
Category Management
Supply Chain
e-Commerce
Marketing / CRM
…
Frictionless Checkout
Real-Time Store & Consumer Data
Unified Connectivity
Wi-Fi, BLE, IoT, NFC…
Waste Management
End-to-End Supply Chain Traceability
Supplier
Local products
Local for Local
Local producers
Local e-Commerce
The Vusion Store
PICK UP
<60 min. pick up or delivery
Optimized Replenishment & order picking
Real-Time Shelf Monitoring & Item-Level Inventory Tracking
Ultra-Precise Location of Products, Shoppers & Staff
Digital Advertising
Agile & Intelligent Pricing / promo
Collect, Refill, Repair & Local Services

# Technology can reboot stores operating model

Store digitization has the potential to yield 2-3 points of incremental operating margin



**Retail Profitability**

Price Optimization

Labor cost

On-Shelf Availability

Local E-commerce

Data Monetization

Retail Media

**Retailer Margin +2-3 pts**



35

# … and create value across the
# <span style="color:#F5B400">entire value chain</span>





# Stores are here to stay

**Will remain**
**>60%**
of retail

**5-sense shopping**

**Brand experience**

**Human**

**Local**
**E-commerce**

**Better jobs**

**Communities well-being**










# Technology enabled stores are efficient sustainable e-commerce centers

**In-Store Fulfilment**

**Ultra-Fast Pick-up**

**Express Delivery**

**Returns & Service**

**Low Carbon**



# Stores are the future of **Sustainable** E-commerce



## ~20M
stores worldwide

## 1 Store
per 400 persons

### Most goods are
## < 3 miles
from most consumers

## Stores could deliver in the future >50% of total online sales, avoiding up to 0,5 GT unnecessary GHG emissions



# **Walmart** is putting stores at the heart of its E-commerce strategy



Instore fulfilment
**Pick-up & Express delivery**



**3,700**
stores



**80%**
of total fleet



**$25 Bn**
sales in 2022



RETAIL

**Walmart drew one in four dollars spent on click and collect — with room to grow in 2022**

PUBLISHED THU, DEC 30 2021 7:00 AM EST
UPDATED THU, DEC 30 2021 1:17 PM EST

Melissa Repko
@MELISSA_REPKO

WATCH LIVE

Employees assist customers with online pickup orders at a Walmart Inc. store in Burbank, California, U.S., on Monday, Nov. 19, 2018.



# **IKEA** goes phygital

*"By including stores in our last mile and fulfilment network we create a win-win situation. Shipping online purchases from the out-of-town stores means faster and cheaper deliveries, with **lower emissions**, than by shipping from logistics centers."*



vusion

# VUSION'27

The
**Store
Digitization**
Business
& ESG
case

## More profitable and efficient stores
Productivity / cost / OSA / Local E-commerce
Business model upgrade (data + retail media)

## Consumer experience
Better service & store experience
Seamless hybrid commerce / Local, fast, fresh

## Brand-retailer collaboration
E2E supply chain transparency
Data sharing / Retail media

## Sustainability & positive social impact
Low Carbon / Local for local / Circular Economy
Better jobs and cities / Communities well-being

vusion
ses imagotag

# VUSION '27 - Our Transformation Plan

## Five Strategic Programs



**→ 30 focused transformation projects** (already underway)

# VUSION '27 Transformation Plan



## G1
## Growth & Leadership



## AMBITION

Make VUSION the Global N°1 Cloud IoT platform



## 2027 TARGET

**REV €2.2B** (40% in US)
30% CAGR
1B Connected IOT devices



# VUSION '27 Transformation Plan



## C1
## Customer First



### AMBITION

Deliver outstanding customer value, experience and ROI



### 2027 TARGET

NPS 70



# VUSION '27 Transformation Plan



## VAS
**Value Added Software & Services**



## AMBITION

Shift to a Cloud & VAS-centric offering and business model



## 2027 TARGET

VAS 30%



46

# VUSION '27 Transformation Plan



**TOP**

## Top Operational Performance



## AMBITION

Drive an efficient business and operating model through fully digitized operations and superior supply chain



## 2027 TARGET

EBITDA 22%



# VUSION '27 Transformation Plan



**ESG**
**Positive Impact**



## AMBITION

Proven contribution to a low-carbon and positive retail

Great place to work



## 2027 TARGET

Top ESG Ratings
Half-way to Net-Zero

E-NPS 50-70



48



# Driving **sustainability** in physical retail:
# Our shared purpose and ESG commitments

# ESG Plan - Creating shared value

### 01

## Roadmap for Positive Retail

- Contribute to retail's Net-Zero target
- Develop ultra-low carbon IoT devices
- Protect jobs, communities and consumers by enabling better and more sustainable stores

### 02

## Great Place to Work

- Proactive human capital development
- Long-term motivation
- Well-being at work
- Diversity and gender equality
- High-quality social dialogue

### 03

## Long-term Stakeholder Value

- World class governance standards
- Measurable long-term positive impact and stakeholder value
- High transparency and quality of ESG reporting

    





## Our shared purpose

# We invent IoT and digital technologies that create a positive impact on society by enabling sustainable and human-centered commerce.



# Retail is the largest industry
# with the biggest impacts on our lives



**>20**% 
**Global GDP**



**15**% 
**Global Jobs**



# RACE TO ZERO BREAKTHROUGHS
## RETAIL CAMPAIGN

# Retail supply chains are responsible for 25% of the worlds GHG Emissions.

Many retailers have set bold targets but only a few are on track with an actionable agenda. Cross Sector-Collaboratio is seen as crucial on the journey to Net-Zero.



Sources: Accenture, CEO Study 2021 / BCG, Sustainability in Retail is possible, 2022








# Physical retail digitization has an important role to play in the world's sustainability agenda



**Enabling Local & Low-Carbon E-Commerce**



**Reducing Food Waste**



**Influencing Responsible Consumption at the Shelf**



**Fostering Local for Local Production & Consumption**



**Enabling End-to-End Supply Chain Transparency**



**Paperless Commerce**

vusion
ses imagotag

# Putting retail's digitization at the core of climate agenda



Physical retail digitization has an important role to play in the
**world's sustainability agenda**





**Sustainable Development Impact Meetings**

*New York, 19-23 September*

Hosted on the sidelines of United National General Assembly in New York, the Sustainable Development Impact Meetings bring together the world's top academics, politicians and business, youth and civil society leaders to progress the impact of Forum initiatives

**COP27**

*Sharm el-Sheikh, 7-18 November*

Egypt convenes heads of state, ministers, business, civil society and academic leaders to coordinate the global response to climate mitigation and adaptation.

**Annual Meeting 2023**

*Davos-Klosters, 16-20 January*

The meeting brings together a critical mass of leaders and experts from around the world, all committed to the "Davos Spirit" of improving the state of the world.



# Building our Net Zero
# contribution plan



2.5 KG / ESL EQ. CO2

No servers

No AP/Cabling

Refurbish

Battery less,
materials & supply chain

On-Premise ESL System

Cloud

Infraless

2nd life

VUSION-E

**1. Decarbonizing our products**

**2. Decarbonizing Retail**

Paperless

Local eCommerce

Waste

Supply Chain improvement

Responsible consumption

Local to Local

**91K**
TEQ.CO2
2021

**SCOPE 1/2/3 CARBON FOOTPRINT**

carbone4

rdc

TR/\CE



# Building our Net Zero
# contribution plan



2.5 KG / ESL EQ. CO2

No servers

No AP/Cabling

Refurbish

Battery less,
materials & supply chain

**On-Premise ESL System**    **Cloud**    **Infraless**    **2nd life**    **VUSION-E**

Local eCommerce

Waste reduction

Paperless

Not Quantified
Supply Chain
Responsible consumption
Local to Local

**VUSION '27 Ambition**

1. **Decarbonizing our products**
   **-30% / -40%**

2. **Decarbonizing Retail**
   Potential carbon emissions avoided by the use of VUSION
   **-4 to -7 KG**
   EQ. CO2 Net / ESL

Retail Digitization is a climate technology!

**Carbon Return on Digitization x3 / x4**



# ESG Plan - Creating shared value

## 01

### Roadmap for Positive Retail

Contribute to retail's Net-Zero target

Develop ultra-low carbon IoT devices

Protect jobs, communities and consumers by enabling better and more sustainable stores

## 02

### Great Place to Work

Proactive human capital development

Long-term motivation

Well-being at work

Diversity and gender equity

High-quality social dialogue

## 03

### Long-term Stakeholder Value

World class governance standards

Measurable long-term positive impact and stakeholder value

High transparency and quality of ESG reporting

    



# Our people



**630+**
People



**19**
Countries



**43**
Different
nationalities



**37**
Average age



**3%**    Generation Z

**59%**    Millennial

**33%**    Generation X

**5%**    Baby Boomers



**33%**
Women
40% new recruits
40% Board of Directors
29% of Managers



**30%**
Beneficiaries of Employee
Shareholding Program

3% of attrition



**25**
Employee
NPS



**9%**
Attrition

**We support**
Human rights, labor standards,
environment sustainability and
anti-corruption





# Great place to work **program**



**2017** — **2022** — **2027**

- Post-acquisitions integration
- Well being at work
- Diversity & inclusion
- Employee shareholding
- HR digital transformation

- Global talent acquisition
- Employee experience
- Women fast-track
- Maternity and parenthood

**'22 Achievements**

40% women recruited
29% in Management positions

E-NPS = 25

Attrition rate 9%

**Great Place to Work certification**

**'27 Targets**

50% women recruited
50% in Management positions

E-NPS = 50-70

Attrition rate < 7%



# ESG Plan - Creating shared value

## 01

### Roadmap for Positive Retail

Contribute to retail's Net-Zero target

Develop ultra-low carbon IoT devices

Protect jobs, communities and consumers by enabling better and more sustainable stores

## 02

### Great Place to Work

Proactive human capital development

Long-term motivation

Well-being at work

Diversity and gender equality

High-quality social dialogue

## 03

### Long-term Stakeholder Value

Governance standards

Measurable long-term positive impact and stakeholder value

High transparency and quality of ESG reporting

    



# ESG Governance

**INTERNATIONAL ADVISORY BOARD**
for global retail sustainability transparency and consumer protection



**Peter Brabeck-Letmathe**
Chairman Emeritus of Nestlé
Vice-Chairman of the World
Economic Forum (WEF)



**Yanshun Chen**
Chairman
BOE Technology



**Viviane Reding**
Former EU Commissioner
& VP of EU Commission



**Candace Johnson**
Board Member of the ICC
Chair of Seraphim Board



**Franck Moison**
Former Vice Chair of
Colgate-Palmolive



**Hélène Ploix**
Chair of Pechel Industries
Former Director of IMF &
World Bank

BOARD OF DIRECTORS
--------------------------
**ESG, NOM & REM COMMITTEE**

**Candace Johnson (Chair)**
Board Member of the ICC
Chair of Seraphim Board

**Franck Moison**
Former Vice Chair of
Colgate-Palmolive

**Hélène Ploix**
Chair of Pechel Industries
Former Director of IMF &
World Bank

**George Yao**
Executive Vice President of BOE Technology
Chairman of BOE Smart Retail and BOE Art
Cloud Technology

**TARGETS**









**SES-imagotag
Net Zero by 2030**







# Driving **sustainability** in physical retail



**Peter Brabeck-Letmathe**

Chairman Emeritus of Nestlé & Chairman of the International Advisory Board for a Positive & Sustainable Retail

# Technology & Products



# International
# R&D team



## R&D excellence centers



**France / Paris**
(Cloud, IoT)

**Austria / Graz**
(IoT, Radio, Display, NB IoT)

**Germany / Ettenheim**
(Computer Vision, A.I., Sensors)

**Ireland / Cork**
(Big Data Analytics)

**Croatia / Zagreb**
(IoT)

**Taiwan / Tainan**
(Display)

**US / Chicago**
(IoT, Radio)

**200+ People**

**30% of global staff**

**2022 R&D spend €30m**
**(~5% of revenues)**



# Our Core Expertise & Capabilities



Displays

IoT & Edge

Connectivity

Cloud

CV & AI

Big Data

Ultra-low power

Security

High scalability

Real-time

Inter-operability



# Cutting-edge tech to digitize physical retail



**ECOSYSTEMS**                **PRODUCTS**                **TECHNOLOGIES**



# Strongest IP Assets



**IP Portfolio Value**



>110 active Patent Families

500+ active Patents

Freedom to Operate

**Number of patents per technology**

| Technology | |
|---|---|
| IoT | **211** |
| Display | **118** |
| Cloud & SaaS | **104** |
| CV & AI | **62** |
| Connectivity | **43** |



# Making the Physical store
# a digital asset

## Making the store more:

» Data-driven

» Automated

» Connected

» Collaborative

» Interactive

» People-First

**Requires IOT technologies** (ESL, Cam, Sensors, …)



Wi-Fi, HF, BLE, Cellular Connectivity

360° cameras

3-rd party IoT devices

Pick-to-Light Stock-to-Light

Pricing Automation

Planogram Integrity

Scan & Go

Advertising

Sensing
Inventory, motion, temp

Out-of-Stock Detection



# Why is **retail digitization** so complex technically?



### Massive Scale

Thousands of stores

Billions of SKUs, devices and shoppers



### Ultra-Low Energy

Long lifetime devices

High data reliability and accuracy



### Security

Huge amounts of critical data in the cloud



### Affordability

High Capex

vs.

Low margin business





# SES-imagotag

is bringing the most powerful solutions to retailers' key problems and is preparing the next IoT revolution

vusion

# Devices & Sensors



Smart Labels



Cameras & Sensors



Digital Signage

# Display tech
# Smart paper vision



**Next Gen
E-paper**

4-color / 7-color
Full-color / Industrial
grade EPDM



**LCD**

Bar-/Stripe displays
Large format displays
integration



**Display
driver IC**



**Material
research**

(Epaper module
composition)

**Production
engineering**

(Automation,
Quality)

**LOW POWER COLOR & IMPACT**

**ENGINEERING**



vusion**e**






# Lower environmental impact IOT

**Eco-friendly Design**

**Repairability & 2nd Life enablement**

**Recycled materials**

**Waste reduction (fewer components & materials)**

**Energy efficiency**

**Battery less**



# First Retail **IoT Hub** enabled by Connectivity



## Ultra-Low Power RF

Built on decades of RF experience, we are constantly improving our protocol and access points, as well as exploring new connectivity solutions.

## Infraless

Native VUSION OS integration with leaders in the Wi-Fi Industry (Aruba, Cisco, Extreme, Huawei, Lancom, Meraki, Mist…)

## Cellular

NB-IoT
LTE-M
5G

## Bluetooth Low Energy

Developing with Qualcomm the leading next-gen protocol for connected devices and sensors.





# Let's talk about Cloud





# Building the largest
# Retail IoT Cloud platform



## 10,000+
Stores

30%
of installed base



## 50M+
IoT Devices

## 3Bn+
IoT Health checks
daily



## 99.99%
Availability



# Building the next
## retail data cloud & analytics platform



### Cloud

Serverless elastic Cloud supporting hundreds of millions of devices and sensors, enabling unrivaled agility, scalability, top security and predictive maintenance.

### Peer Analysis

Real-time store to store performance, profitability & comparison + recommendations



**VUSION CLOUD PLATFORM**

   

### AI

The complete platform has integrated artificial intelligence built to improve processes and operations on a daily basis.

### Trading Insights

Real-time insights on stores' performance and profitability gathered from live data.





# IoT is the new world of deep hardware & software integration





# **Retail digitization** requires a Scalable, Secure, Open, Cloud-to-Edge IOT platform



Cloud

Retail SAAS applications

VUSION OS (Cloud)

IoT operating system

Stores

VUSION OS (Embedded)

IoT Hardware Devices
(ESLs, Cameras, Sensors…)

› Manage **millions of connected IOT devices** across entire stores fleet

› Operate at any point in time **multiple generations of hardware** and ensure **consistency across the entire store fleet**

› Transfer the **intelligence from hardware to software** in order to update features, performance and security from the cloud over time

› Ensure utmost **end-to-end security**

› Rely on **IP risk-free technologies**

› Enable **open ecosystems** of IoT vendors



82

# VUSION OS cloud-to-edge software manages and upgrades hardware from the cloud



Cloud to Edge IoT Device Management

High-Speed Data Transfer

Display Performance Management

Power & Lifetime Management

Advanced Security

Interoperability



# VUSION OS enabled the *infraless* breakthrough





2017    2018    2019    2022

**Infraless allows ESL deployment leveraging existing WiFi infrastructure**

VUSION OS embedded in 3rd-party WiFi infrastructure

Smart Co-existence patented solution ensuring no interference

Open / interoperable

Easy and low-cost solution.



# Next Gen Retail IOT
## in pursuit of perfect



### 1st Unified In-Store IOT Hub

Need large and open eco-systems to drive cost down and foster

### 1st Open, Secure & Standard-based platform

Providing long-term IP security and highest data security, allowing a large ecosystem of IOT vendors to participate in mutually compatible store digitization solutions.

### 1st Sustainable IOT platform

No more disposable batteries
Low carbon hardware

### 1st Instore Retail Media platform

Different technologies address different problems (robots, ESLs, AI-cameras, Beacons

### 1st Real-time source of accurate shelf data

With integrated display, micro-cameras and sensors, real-time shelf monitoring and item-level inventory tracking



# Innovating beyond Retail



Healthcare



Office signage



Industrial



Logistics





# CAPTANA
# Shelf Transparency Delivered

# Absence of data is **one the biggest problems**

A lot of data exist but the two missing puzzle pieces are real time shelf and real time item level data

**Captana delivers the last missing data**



Real Time Inventory Data

Real Time Shelf Data

Promotion + Promotion Execution

Trans-actional Date

CRM

Shopper Heatmaps

Online Shopping

Loyalty Cards

vusion
ses imagotag

# Addressing a
# 1 Trillion dollar problem



**24%** amazon

Of Amazon's Revenue can be attributed to customers who first tried to shop in stores but found stores OoS according to IHL

**4-8%**

Retailers lose on average 4 to 8 % of their annual sales due to OOS



**39%**

End in "lost sales" because items that were OOS were not purchased or consumers postpone their purchase



**13**

From a shopper perspective, this means that for every 13 items one wants to buy, one will be out of stock



# Captana – is a holistic out of the Box Sensor Fusion System

**Sensors + Cameras**



**Full Cloud based Analytics** + CV + AI Capabilities



**Empower the Associates** on the store floor with prioritized tasks



**Exchange the data** with the leading ERP + Forecasting & Replenishment Systems













# Automated Shelf Monitoring

# CAPTANA AI + COMPUTERVISION KEY FUNCTIONALIY



## Transforming Pictures Into Structured Data

Processing of image data in the Captana Cloud using artificial intelligence, machine learning and computer vision

| SKU | Name | Brand | Out of Shelf | Stock | Miss-placed | Piano-gram | Promotion |
|---|---|---|---|---|---|---|---|
| 100180400 | Milch 3,8% | Danone | Yes | 23 | NO | correct | NO |
| 100180401 | Milchdrink Haselnuss | Danone | NO | 8 | NO | correct | NO |
| 100180402 | Milchdrink Vanille | Danone | NO | 6 | NO | correct | NO |
| 10016455 | Milch 1,5 % | Danone | NO | 6 | NO | correct | NO |
| 10036587 | Milchdrink probiotisch Erdbeere | Danone | Yes | 0 | NO | correct | NO |
| 10035544 | Milchdrink probiotisch Vanille | Danone | NO | 6 | NO | correct | Yes |
| 10038999 | Milchdrink probiotisch Orange | Danone | NO | 15 | NO | correct | NO |
| 10035467 | Kefir Blaubeere | Danone | NO | 5 | Yes | falsch | NO |



# GLOBAL EXPANSION

Captana runs already in more than 250 Stores

38 active POCs with Probability of >70% in the Sales Pipe

82 out of our 350 existing customers in advanced talks



Transparent SKU - More than
**1. Mio SKUs monitored daily**



vusion

# GERMAN PROJECT

Let's have a look into
**one of Germany's largest Grocery Retailer**





# Significant Improvement
# Already After 6 Months







# Examples for
# Process Optimization



## Time analysis
Analysis – time slot which needs special attention from the in-store supply chain associates



**Optimizing the work schedules**
With Captana the work scheduled gets optimized to have the associates available when needed

**2,6 - 3 % OOS**          **3 - 5 % OOS**



# FRANCE ROLL OUT

## Strong improvements
## at Monoprix in France















# Instant + fast results
# and impressive improvements



**12.000 cameras / 100 stores**

**Better customer satisfaction** (+30-40 NPS)

**+1.9 pt in sales**
(CPG – Food in cpatana activated categories)

Significant cost reduction **40,000 working hours**

Significant OSA improvement **+3% higher availability**

ROI < 1.5 Yr



# Strong Business improvements

## per store



**Increase in
Labour Efficiency**

## 1-3 FTE

Of store assistant time allocated to higher value tasks or changing staff levels



**Increase in
On-shelf Availability**

## +4% on avg.

More products available on shelf, available to purchase



**Elevated Customer Experience**

## +30-40 NPS

Fully-stocked as well as well-informed shelves means happier customers





**Resulting in**

## 2% +

Incremental sales



# Cost per Euro of Demand Relative to On-shelf Availability (OSA)





# Cost per Euro of Demand Relative to On-shelf Availability (OSA)







# Technology will likely double store profitability.

| Current EBIT' margin | Labor headwinds | In-store labor automation | Inventory management | Back office automation | Customer Expierence | Future EBIT margin potential |
|---|---|---|---|---|---|---|
| 2-4% | -2-3% | 2-4% | 1-2% | 0.5-1% | 1-2% | 5-9% |
| | 20% increase in minimum wages and benefits | Warehouse-to-shelf automation, next-gen cameras. supply-chain optimiization | Reduction in shrink by 20% from advanced analytics | 10% reduction instore-management and SG&A? costs | Use of in-store assets to drive sales (electronic shelf tags, consultative selling tools) | Each retailer will decide what portion of EBIT to reinvest into price/customer |







# McKinsey & Company

## Captana
## highest Impact

**Warehouse to shelf automation**

**Next Generation Cameras**

**Supply Chain Optimizations**

**Reduction of shrinkage volume by 20% through advanced analytics**

2-4%

2-4%

1-2%

0.5-1%

1-2%

5-9%

**In-store labor automation**

**Inventory management**

Current EBIT' margin

Labor headwinds

Back office automation

Customer Expierence

Future EBIT margin potential



Warehouse-to-shelf automation, next-gen cameras. supply-chain optimiization

Reduction in shrink by 20% from advanced analytics

20% increase in minimum wages and benefits

10% reduction instore-management and SG&A? costs

Use of in-store assets to drive sales (electronic shelf tags, consultative selling tools)

Each retailer will decide what portion of EBIT to reinvest into price/customer



vusion
ses imagotag

# Strong Growths
# in front of us



**2027**

**200 Mio**
SKU monitored

transparent SKU

**2023**

**1,5 Mio**
SKU monitored



# Digital Shelf
# Ambition



**Wi-Fi, HF, BLE, Cellular Connectivity**

**360° cameras**



3-rd party IoT devices

Pick-to-Light Stock-to-Light

Pricing Automation

Planogram Integrity

Scan & Go

Advertising

**Sensing**
Inventory, Motion & Temp

**Out-of-Stock Detection**







Capturing pictures and transform them into **structured data.**

Using Ultra Low Power Consumption **Cloud Connected Camera** for permanent Shelf Monitoring.










003

**REAL TIME
ITEM LEVEL
INVENTORY
COUNTER**













**Digital Shelf System**

CAPTANA
**ShelfEye**

Perfect view for the perfect shelf measuring shelf compliance, OoS

CAPTANA
**Counter**

Ultra precise

Real time inventory and throughput

CAPTANA
**StoreEye 360**

Perfect view for the perfect store measuring shelf compliance, OoS, checkout lanes…

**VUSION**
**Electronic Shelf Edge Labels**

Ultra precise

Price Automation, Instore Optimization



# Delivering Shelf **Transparency**



## Mark Ibbotson

Retail Expert
Former EVP Realty & Central Operations at Walmart
Former COO at ASDA
Sr. Advisor at McKinsey



## Colin Peacock

Retail Expert
Group Coordinator at ECR Group
Former Procter & Gamble Top Executive



## Michael Unmussig

SEVP & CEO - Captana

120



# ENGAGE
The Next Big Digital Media
is the Physical Store



# Are Retailers Leveraging the Full Potential of their Foot-Traffic?

# Delivering The Right Message,
## When It Matters Most



**82%\* of purchasing decisions are made while in a store**

**Decisions happen here, at the shelf**

Awareness (TOFU)

Consideration (MOFU)

Conversion (BOFU)

Shopper Marketing $$

Trade Promotion $$

Marketing Funnel



# Global Advertising Spend = $866B

## **60%** is Digital

**Why?** Digital campaigns are targeted, data-rich and automated across multiple **touchpoints**..

Evolving Demographic and Shopper Journey

Targeted + Reach + Transparency + Control

Analytic / Data Driven (Attribution)

Automated / Programmatic

Learning (A/B, Incrementality)

The rise of **retail media** is the next big wave of digital advertising



Share of U.S. ad spending by medium

From Zenith. The media agency expects the internet to pass the halfway point in 2020, reaching 53 percent of ad spending, with the internet's share rising to nearly 60 percent in 2022. The internet accounted for less than 17 percent of ad spending in 2010.

Source: Economist, Sept 19th 2021, Two new shocks for American Shopping



engage

# The untapped potential
# of in-store foot traffic

## 30M
daily
visits

## 30M
missed
Impressions

## $20
On-demand TV
CPM Price

 On average, **30 million** people visit
retails stores in the US, **every day.**

*engage*

# Creating New Digital Touchpoints
## **At The Shelf**

Run Digital Campaigns, Enable Interactions,
Instantly Measure Results & Monetize Foot Traffic, In Your Store



# engage

# One single solution to:









### Run Dynamic Campaigns In-store

With digital content delivered at the shelf, on schedule, automatically

### Enable Interactions In-Store

Through QR codes / NFC to engage with shoppers at the moment of purchase

### Monitor the Impact in Real-time

Measure the real-time impact of campaigns and generate real-time 360° insights for understanding customer behaviors.

### Monetize Your Aisles

Leverage retail media ad spend & foot traffic to create an additional revenue stream at the shelf



# The Digital Endcap Solution



### **Display & Sense** at the shelf

Display digital campaigns at prime locations in store
Capture proof of play and on-shelf availability



### **Manage** in the cloud

Automate price management and marketing campaigns



### **Analyze** for maximum impact

Monitor the impact of in-store promotions, in real-time, with 360º insights and improve on-shelf availability, and campaign compliance

## ↑↓ **Physical meets digital** ↑↓





# ESLs are In-Store Opportunities for Engaging Customers



**Dynamic Price**

**Sponsored Badge**

**Flashing**

**QR/NFC**

**Sponsored Content**

# Engage



**DISPLAY PROMOS**
on labels

- Advertise through Promotional or Brand Callouts on Labels







**MONITOR**
the campaign impact

- Track Campaign Execution In-store, Shopper Engagement and Sales Uplift



**INTERACT**
with shoppers in aisles

- Offer Rich Product Content via ESL+Smartphone Interactions

- Guide Shoppers to their Products with Store Search and Flashing Capabilities



# The Digital Endcap Solution



## **Display & Sense** at the shelf

Display digital campaigns at prime locations in store
Capture proof of play and on-shelf availability



## **Manage** in the cloud

Automate price management and marketing campaigns



## **Analyze** for maximum impact

Monitor the impact of in-store promotions, in real-time, with 360° insights and improve on-shelf availability, and campaign compliance





engage

# Proof Points

   

> "
> Connecting Retailers and Brands to deliver **Sales Uplift** through Digital Campaigns, in Stores

| | EUROSPAR + WINE ACTIVATION | MONOPRIX + GARNIER OLIA | EUROSPAR END CAP | MONOPRIX + L'OREAL REVITALIFT |
|---|---|---|---|---|
| **DESCRIPTION** | Wines<br><br>Upsell Trial with Engage on higher value category<br><br>Generic, Dynamic Content | Cosmetics<br><br>With and Without Price Promotion<br><br>Branded Content | Sweets & Candies<br><br>Promotion<br><br>Omnichannel Campaign Content | Cosmetics<br><br>Price Promotion<br><br>Branded, Benefit-Oriented Content |
| **DURATION** | 1 Month | 1+1 Month (Baseline + Pilot) | 2 weeks | 2+2 Month (Baseline + Pilot) |
| **UPLIFT** |  **+17%** uplift in sales with higher value |  **+29%** uplift in sales |  **+61%** uplift in sales | **+65%** uplift in sales |

 

# Monetizing Prime Locations for Ads

**with VUSION Engage**

**VUSION Engage**
for **retailers**
=
New **Revenue Stream**
from Retail Media



Digital Touchpoint In-store

Automated Promotion Management

Real-time Monitoring of Performance

**VUSION Engage**
for **CPG brands**
=
Cost-Effective & Targeted **Access** to Shoppers

Transparency of In-Store Campaign Execution

Real-time Monitoring of On-Shelf Availability

A/B Testing Capabilities

In-store Consumer Behaviors Insights



*engage*

133



# Brands are stories unfolding across all customer **touchpoints.** *- Jonah Sachs, Author of "Winning the Story Wars"*

## VUSION ENGAGE, is one single solution in store …

**TO** **Run** Digital Campaigns Instantly **Measure** Results & **Monetize** Foot Traffic

**FOR** **Retailers** to create a **new Revenue Stream** from Retail Media

**FOR** **Brands** to leverage a **Cost-Effective & Targeted Access** to Shoppers



engage



# Global footprint expansion: Strategy and Roadmap

# In 5 years, ESL will have become one the most pervasive digital communication network in history

**Billion digital shelf displays (ESL)**
Installed base



| Smartphones | ~7.2 billion |
| --- | --- |
| **ESL** | **~2.3 billion** |
| TV | ~2 billion |
| Laptops | ~2 billion |
| iPad | ~0.4 billion |

2.3b

0.7b

2012    2022    2027



# Global Growth
## Plan Summary

€Bn

**2.2**

| | | |
|---|---|---|
| 0.2 | **Rest of World** | ~25%+ p.a. |
| 0.9 | **North America** | ~50%+ p.a. |
| 1.1 | **Europe** | ~20%+ p.a. |

**0.6+**

| | |
|---|---|
| ~40m | |
| ~0.1 | |
| ~0.45 | |

**0.15**

| | |
|---|---|
| 8m | |
| 2m | |
| 0.14 | |

**2017**   **2022**   **2027**

**5-yr CAGR 30% p.a.**

~25%+ p.a.   Focus on selected countries and top accounts

~50%+ p.a.   Top growth priority (Half of total revenue add)

~20%+ p.a.   Key markets to accelerate
Upgrade installed base
New verticals takeoff



# Growth Plan
**Europe**



# EUROPE
# Revenue Growth (€Billions)

5y CAGR 20% p.a.

1.1 — 2027
0.5 — 2022
0.14 — 2017

**Drivers of growth**

 Installed-Base Swap & upgrade

 Value-added Solutions

 DACH & UK Acceleration

 New Verticals



# SES-imagotag in Europe



**180 people**

**12 offices & branches**
France, Netherlands, Spain, Italy, Sweden, England, Ireland, Germany, Croatia, Austria, Denmark

**30,000 stores**

**Historical revenue growth**

0,2b — 2020
0,3b — 2021
0,5b — 2022



# Clients



**200+**
clients



**80%**
of the TOP10

                                                



# Upgrade & develop
# our customers



# of stores

30 000

On-prem
Stores

25 000

Cloud
Stores

5 000

  **+** 

**25,000+ legacy
on-premise stores**
to be upgraded &
converted to Cloud

**Upsell to
value-added
solutions**



# Monoprix Example Past & Future






S-Tag Roll out
**250 stores**

**2004**

Price agility

---

G-Tag Roll out
**400+ stores**

**2016**

Price agility

+ **In store search**

---

Migration to VUSION

**2018**

Price agility

In store search

+ **E-paper display**

---

**Engage**

**2020**

Price agility

In store search

E-paper display

+ **Pick to light / Brand activation**

---

Captana Roll Out
**100 stores**

**2021**

Price agility

In store search

E-paper display

Pick to light / Brand activation

+ **Store efficiency / Supply precision**  OSA +3%

# Accelerating in the
# UK & Ireland

   
   
   
   

 



144

















# <span style="color:#FBB034">Europe</span> growth per area



Europe
5-year CAGR
## ~20% p.a.

## Growth drivers

Inflation & labor cost

Installed-base upgrade

DACH & UK acceleration

Value-added solutions

New verticals



vusion
**ses** imagotag

# Growth Plan
# North America

# SES-imagotag America



50 people,
**growing to 100+ by YE23**

**4 offices**
Chicago, Dallas (new), Montreal, Mexico City

**4,000+ stores**

**Historical revenue growth**

US

Canada

Mexico

110M
60M
50M
15M

FY19   FY20   FY21   FY22E

vusion
ses imagotag

# Clients, etc.



Canada

US

Mexico







**100+**
clients

**60%**
of the TOP10



# Walmart
# Past & Future





**WM ARG**
**70 stores**

**WM MX**
**20 stores**

**WM Canada**
**400 stores**

**WM US**
**partnership**

**2012** — **2018** — **2020** — **2021** — **2022**

**WM Chile**
**200 stores**

**WM CR**
**New market**

**WM MX**
**Expansion**



# Unique Selling
# Proposition

 **Partner-heavy ecosystem:**



## Technology leadership

100% cloud connected, dominantly infra-less, ARR & VAS centric models – ISF, OSA, Retail Media



## Services capabilities

Local teams delivering excellent end to end service capabilities throughout the customer journey

CLOUD PARTNER

  

WIFI PARTNERS

  

 

TECH PARTNERS

 

MERCHANDISING PARTNERS

 



# The Market
# Opportunity



TAM

**3.2B**

ESLs

**~30%**



**<2%**

**2022**

**2027**



# The Market Segmentation

|  | Est. #<br>of ESLs | % of<br>Total | GTM |
|---|---|---|---|
| TOP 1-30 | ~2.2B | 68% | Direct |
| TOP 31-100 | ~0.5B | 16% | Direct |
| SMB | ~0.5B | 16% | Channel |
| **TOTAL** | **3.2B** | **100%** | |

## ESL Market break-down
per retail segment



Other 9%

Mass Market 22%

Discount 9%

Drug 12%

Grocery & C-Store 20%

DIY 12%

SMB 16%



# Expected
# Revenue Growth



**0.9-1.0**
€Bn

**10x**

**0.1**
€Bn

**2022**

**2027**

**Drivers of growth**

 Pricing &
promotional velocity

 In Store
fulfillment

 Supply chain
optimization

 Retail Media





# Financials

# Our ambition: to build the largest retail IoT platform with 1b+ intelligent connected IoT devices

| | 2017 | 2022e | 2027e | Key drivers |
|---|---|---|---|---|
| **SALES in €m** | 153 | 600+ | **2,200** | Increasing demand (inflation, labor cost, O2O) American market take off / New verticals (retail & Ind.) SES focus on higher value markets / customers |
| **VAS €m** % total rev. | 12 8% | 95 16% | **650** **30%** | Migration to Cloud + Adoption of ISF, Captana, Pulse, Engage, Location, Industrial IoT |
| **# ESLs in millions** | 160 | 350 | **1,150** | Large US retailers + EU increased coverage + New verticals |
| **# Cloud ESLs in millions** | - | 50 | **1,000** | Cloud managed IoT assets |
| **VAS in € / ESL / yr** | 0.1 | 0.3 | **0.6** | IoT business model focused on ARR per connected device |
| **EBITDA** | 4% | 10% | **22%** | VAS profitability + Operational leverage COGS down after Covid peak |





# 1 Billion Cloud-Connected ESLs in 2027



- ■ Millions of Cloud ESLs
- ■ Millions of Non-Cloud ESLs

1,150
350
150

2017 — 100%
2022 — 85% / 15%
2027 — 10% / 90%

## +800M
**New ESLs**

Rapid growth of ESL network and conversion from on-premise to cloud



# Revenue growth breakdown





# VAS revenue

In € per ESL per year



**VAS Penetration On Installed-Base:**

- Cloud ~90%
- Other products ~20%

## VAS Breakdown per product





# VUSION 2027 Key figures

| €m | 2017 | 2022e | 2027e |
|---|---|---|---|
| **Revenue** | **153** | **600+** | **2,200** |
| **VCM** <br> % of sales | **40** <br> 26% | **125-132** <br> 21-22% | **700** <br> 32% |
| **Opex** <br> % of sales | **(34)** <br> 22% | **~(72)** <br> 12% | **(220)** <br> 10% |
| **EBITDA** <br> % of sales | **6** <br> 4% | **53-60** <br> 9-10% | **480** <br> 22% |



# Financial Structure

Free Cash-Flow

|  | 2027 | Sales % |
|---|---|---|
| Ebitda | 480 | 22% |
| Capex | (110) - (150) | 5-7% |
| Change in WC | (60) - (100) | 3-5% |
| **Free cash Flow** | **230 - 300** | **> 10%** |

**Capex**
set around 5-7% of sales mainly consisting of R&D capitalized expenses + industrial capex to support the ESL growth in volumes

**Change in WC**
at 10%-15% of the revenue growth

**Free cash flow generation expected at 10%+ of the revenues in 2027**



# Financial Structure

## Financing and Dividends Policies

Favor **Debt** vs Equity.

**Potential progressive shift** from bullet to amortizable and from Europe to US

**Max Leverage** (Net Debt to Ebitda ratio): << 2x

**Dividend policy** (subject to shareholders approval)

Targeting dividends starting in 2024 based on 2023 results





# Conclusion





Thank you!

ses imagotag

173