# EXHIBIT 4

# Careers

Building the future of retail IoT

Case 3:23-cv-00871-RMS-B2P   Document 1-5   Filed 12/17/23   Page 2 of 16 PageID #: 220

## Our vision

**At SES-imagotag, our business plan sets out ambitious, company-wide goals; we see growth as a challenge and innovation as a core component of our development strategy and our rapid international expansion.**

As a result, all our employees are given responsibility quickly and their careers progress in line with changes in the Group.

**ses** imagotag

Joining SES-imagotag means working for the world's leading supplier of electronic shelf labels for large-scale retailers and helping to build the history of our trailblazing business. It means believing in the business plan and sharing the ambitions of a fast-changing, internationally-focused company. Thanks to the talent and the dedication of our multidisciplinary, multicultural teams, SES-imagotag is enjoying unrivaled growth.

Case 3:23-cv-00871-RMS-BSR   Document 1-5   Filed 75/17/83   Page 3 of 70 PageID: 15

Browse all jobs

ses imagotag

Case 2:22-cv-00071-RWS-RSP   Document 1-5   Filed 12/17/23   Page 4 of 16 PageID #: 232

# The Global N°1

**ses** imagotag

Electronic Shelf Labels

€621 M

Sales

19

Worldwide offices

34%

Women

See our job openings

**ses** imagotag

Case 3:23-cv-00871-RMS-B2B   Document 1-5   Filed 12/17/23   Page 5 of 16 PageID #: 233

Case 3:23-cv-00871-RMS-RSB   Document 1-5   Filed 12/18/23   Page 6 of 16 PageID #: 334





**ses** imagotag

# Department spotlight

**ses** imagotag

Case 2:23-cv-00871-RWS-RSP   Document 1-5   Filed 12/18/23   Page 8 of 10 PageID #: 338

ses imagotag

# Customer Project Manager

From an engineering background, the Customer Project Manager is in charge of supporting

intermediary for all technical and operational issues. During the deployment, the main goals
on schedule.

Apply now

# Open positions

Building together the future of retail IoT

**5 Results**  United States of Amer   Departments   Types

## Material Cost Analyst – COGS

Apply Now

**ses imagotag**

## Supply Planner

Apply Now

## Customer Success Associate

Apply Now

## Senior Manager, Business Development (Retail Analytics)

Apply Now

**ses imagotag**

## Senior, Marketing Manager

Apply Now

# Our values



**Humanistic**

Create a place where people feel safe, happy, and supported

Build trust-based relationships; help each other

Listen and speak with respect for other's opinions

Encourage diversity and inclusion



**Positive impact**

Think long-term

Learn continuously how to improve our planet and society; measure progress

Remember we all contribute to our

purpose as a company


**Integrity**

Be open, honest, and direct

Do your best in everything you say and do

Act ethically; say something if you

see our ethics and values breached

Treat others as you would like to be treated


**Innovation**

Show an appetite for change

Look for ways to create greater value

Take risks, don't be afraid to fail;

learn from mistakes


**Customer First**

Consider the customer first in every decision

Proactively listen to customer pains;

work smart and fast to solve them

Remember we all have an impact on our customer's experience


**Global Ambition**

Be curious about the world

Think big, set stretch goals

Step out of our comfort zone in order to exceed expectations

Remember we are one team



Be proactive, take initiative

Be optimistic, create something better, inspire others to do the same

Bring a responsible mindset to everything we do

Exude love, passion, and bravery

Case 2:23-cv-00071-RWS-RSP   Document 1-5   Filed 12/18/23   Page 14 of 16 PageID #: 242

ses imagotag

[Vusion](#) > Careers

# ses imagotag

| The VUSION Retail IoT Cloud platform | Solutions | Discover our technology |
|---|---|---|
| Pricing automation | Electronic Shelf Labels | Retail IoT Cloud Platform |
| Shelf Efficiency | Fixtures & Accessories | VUSION OS |
| Enhance in-store shopping experience | Infrastructure | |
| | Wifi integrations | Company |
| Marketing | Captana | About us |
| Industries | VUSION Cloud | Careers |
| Grocery | VUSION Manager | Investors |
| Fruits and Vegetables | VUSION Studio | News & Resources |

| | | | |
|---|---|---|---|
| Electronics | VUSION Link | Our ESG Goals & priorities | |
| DIY & Furniture | VUSION Engage | | |
| Pharmacy | Pulse | Contact us | |
| Cosmetics | Storefront | Blog | |
| Fashion | VUSION Rail | Partners | |
| Digital signage | VUSION Ads for brands | Partner first | |
| Industry | | | |

---

| © 2023 | SES-imagotag | Legal notice | Data Privacy | Do Not Sell My Personal Information | MarketHub | PDi Digital | Pervasive Displays |

Case 2:23-cv-00071-RWS-RSP    Document 1-2    Filed 12/17/23    Page 16 of 16 PageID #: 244