# EXHIBIT 5



# Supply Planner

- 
- Full-time

## Company Description

**Who We Are**

SES-imagotag empowers retailers to turn their physical stores into powerful digital assets, more automated, data-driven, AI enabled and connected, by leveraging our IoT Cloud technology.

We are a fast-growing retail-tech company and the global leader in digital and IoT solutions for omnichannel retail.

SES-imagotag is made up of highly talented, innovative, motivated, growth mindset team players who have created products like the VUSION Retail IoT Cloud platform, the Captana Sensor Cloud, Pulse Data Analytics and Edge Digital Media all powered by our limitless VUSION Operating System where thousands of organizations unlock the value of their data with near-unlimited scale, concurrency, and performance.

We invent technologies that create a positive impact on society by enabling sustainable and human-centered commerce.

## Job Description

**What Will You Be Doing?**

As a Supply Planner, you will review demand within the ERP system (SAP) and plan shipments accordingly. You will analyze data to find discrepancies or potential supply chain risks, and escalate deviations to the appropriate audience. This role will communicate directly with suppliers to control the delivery schedule and aid in international shipment movements and import management.  You will focus on the electronic paper displays (EPD)

**Main Activities and Responsibilities:**

- Review demand and plan purchase requisitions/purchase orders accordingly in the ERP system
- Ensure supplier production schedule supports demand requirements
- Manage daily output of finished goods at each SES production site
- Plan and organize shipments including managing imports
- Creation of shipping documents for transfer of finished goods
- Perform required transactions in ERP system
- Direct communication with suppliers
- Analyze supplier performance data and report appropriate metrics
- Proactively work to find process improvements and improve team efficiency
- Work collaboratively with the team and cross train within the supply chain organization to ensure effective coverage of tasks

## Qualifications

**What's Required:**

- Experience working in SAP S/4HANA
- Bachelor's degree in Supply Chain, Business, Logistics or another related field. (or relevant experience in lieu of degree)
- 2+ years of experience working in a similar Supply Chain role.
- Experience working in raw material or component management
- Have strong relationship-building skills, and the ability to interact and work effectively with many levels of personnel and suppliers., and multiple contract manufacturers.
- Experience in operations, inventory management and MRP.
- Proficient in the utilization of MS products (Excel, Word, PowerPoint, Teams and Outlook)

**Nice To Have Skills:**

- A certification in Production and Inventory Management (CPIM) or similar certification from an organization like APICS.
- Experience managing high volume supply chain operations.
- Knowledge of EPDs (electronic paper displays)
- Data analytics experience a plus.
- Experience working with production planning for sales orders and external customers a plus.
- Retail experience is a plus.

## Additional Information

All your information will be kept confidential according to EEO guidelines.

## Job Location

I'm interested
I'm interested
Privacy Policy
   Cookies Settings
I'm interestedRefer a friend

## share this job

# Other jobs at SES-imagotag SA

- Production Test Engineer

  Fernitz bei Graz, Austria

- Material Cost Analyst - COGS

  Irving, TX

- Account Manager

  Düsseldorf, Germany

- Show all jobs

Powered by
 (Data Processor)
Privacy Policy and Terms of Use

**Share to WeChat**

×

Copy the link and open WeChat to share.

Copy to clipboard   Open WeChat

**Share to WeChat**

×

Use Scan QR Code in WeChat and click ⋯ to share.

Supply Planner

- 511 E John W Carpenter Fwy #500, Irving, TX 75062, USA
- Full-time

I'm interested
I'm interested