# EXHIBIT 6



# Material Cost Analyst - COGS

- 
- Full-time

## Company Description

**Who We Are**

SES-imagotag empowers retailers to turn their physical stores into powerful digital assets, more automated, data-driven, AI enabled and connected, by leveraging our IoT Cloud technology.

We are a fast-growing retail-tech company and the global leader in digital and IoT solutions for omnichannel retail.

SES-imagotag is made up of highly talented, innovative, motivated, growth mindset team players who have created products like the VUSION Retail IoT Cloud platform, the Captana Sensor Cloud, Pulse Data Analytics and Edge Digital Media all powered by our limitless VUSION Operating System where thousands of organizations unlock the value of their data with near-unlimited scale, concurrency, and performance.

We invent technologies that create a positive impact on society by enabling sustainable and human-centered commerce.

## Job Description

**What Will You Be Doing?**

We are seeking a detail-oriented and analytical professional to join our company as a Material **Cost Analyst.** As a Material Cost Analyst, you will play a critical role in evaluating and analyzing materials costs to drive cost optimization and ensure efficient supply chain operations. You will collaborate with cross-functional teams, including procurement, finance, and operations, to gather data, perform cost analysis, and provide insights and recommendations to support informed decision-making. Your expertise in material cost analysis and your ability to identify cost-saving opportunities will contribute to the overall financial success of the company.

**Main Activities and Responsibilities:**

- Conduct operational product cost controlling and variance analyses to identify and analyze cost deviations and recommend corrective actions.
- Review and prepare quarterly and annual price reports, analyzing price trends and providing insights into cost fluctuations.
- Support decision-making processes by preparing concepts, data, and documents for cost analysis and cost optimization initiatives.
- Prepare and analyze product cost overviews for the sales department, assisting with pricing strategies and profitability assessments.
- Participate in various projects and tasks related to supply chain management and research and development (R&D).
- Collaborate with cross-functional teams to develop and enhance calculation and analysis tools for improved cost estimation and reporting.
- Collect, analyze, and evaluate data related to materials costs, pricing, inventory levels, and supplier contracts.
- Monitor market trends, industry benchmarks, and economic indicators to assess their impact on materials costs and provide recommendations.
- Assist in the further development of calculation and analysis tools to support accurate and efficient cost analysis.
- Collaborate with procurement and sourcing teams to track supplier performance, negotiate pricing, and identify

cost reduction opportunities.
- Ensure accurate recording and reporting of materials costs, cost of goods sold (COGS), and inventory valuation.
- Prepare reports, presentations, and recommendations on cost analysis findings and cost optimization initiatives.

# Qualifications

**What's Required:**

- Bachelor's degree in Finance, Supply Chain Management, or a related field. A master's degree or professional certifications (e.g., CMA, CPIM) is a plus but not required.
- 2 or more years of proven experience as a materials cost analyst or in a similar analytical role (example financial analyst with cost specialty), preferably within a manufacturing environment.
- Strong analytical and quantitative skills, with the ability to collect, organize, and analyze complex data sets.
- Proficiency in cost analysis techniques, financial modeling, and statistical analysis tools.
- Solid understanding of supply chain processes, including procurement, inventory management, and cost control.
- Familiarity with manufacturing processes, bill of materials (BOM), and product lifecycle management (PLM) systems.
- Advanced Excel skills and proficiency in data visualization tools (e.g., Tableau, Power BI) is highly desirable.
- Knowledge of cost accounting principles and financial analysis concepts.
- Proficiency in using enterprise resource planning (ERP) systems and materials management software. SAP experience required.

**Nice To Have Skills:**

- Ability to work independently, prioritize tasks, and manage multiple projects in a fast-paced environment.
- Strong attention to detail and accuracy, with the ability to identify trends, patterns, and outliers in data.
- Excellent communication and presentation skills, with the ability to effectively convey complex information to diverse stakeholders.
- Strong problem-solving and decision-making abilities, with a strategic mindset and a focus on continuous improvement.

# Additional Information

# Job Location

I'm interested
I'm interested
Privacy Policy
 Cookies Settings
I'm interestedRefer a friend

## share this job

- 
- 
- 
- 
- 
- 

## Other jobs at SES-imagotag SA

- Investor Relations Manager

  Nanterre, France

- Consolideur senior H/F

  Nanterre, France

- Responsable Normes IFRS H/F

  Nanterre, France

- Show all jobs

Powered by
 (Data Processor)
Privacy Policy and Terms of Use

**Share to WeChat**

✕

Copy the link and open WeChat to share.

Copy to clipboard   Open WeChat

**Share to WeChat**

✕

Use Scan QR Code in WeChat and click ⋯ to share.

Material Cost Analyst - COGS

- 511 E John W Carpenter Fwy, Irving, TX 75062, USA
- Full-time

I'm interested
I'm interested