# EXHIBIT 7

Claim chart of the '272 Patent

*Claim 1*

| US 11,087,272 B2, Claim 1 | SES-imagotag Products and Solutions |
|---|---|
| [1pre] A method comprising: | SES-imagotag makes, uses, offers for sale, sells and imports at least the Captana solution ("Captana"), including, among others, ShelfEye and StoreEye cameras, CV edge servers, CV cloud, VUSION cloud, and VUSION electronic shelf labels (ESLs), that infringes claim 1 of U.S. Patent No. 11,087,272 B2 ("the '272 Patent"). https://www.ses-imagotag.com/products/captana/; https://www.e-shelf-labels.com/automated-shelf-monitoring-captana.html#:~:text=On%20a%20digital%20map%2C%20the,immediately%20to%20avoid%20empty%20shelves; https://youtu.be/gFFQd7_rTQk at 00:34.  **Captana system architecture**  |

| US 11,087,272 B2, Claim 1 | SES-imagotag Products and Solutions |
|---|---|



| | |
|---|---|
| [1A] capturing one or more images of a portion of a shelf with a camera; | Captana performs "capturing one or more images of a portion of a shelf with a camera."<br><br>Captana includes **cameras** such as the Captana ShelfEye and Captana StoreEye 360. *See* https://www.ses-imagotag.com/wp-content/uploads/2023/01/SES-imagotag_VUSION27-Presentation_Final-1.pdf. |

| US 11,087,272 B2, Claim 1 | SES-imagotag Products and Solutions |
|---|---|



SES-imagotag states that "the ShelfEye camera is designed to keep an eye on shelves and to send signals to the system as soon as there is a risk of inventory-related shelf gaps or even 'out of stock'. The camera is equipped with special features for this purpose." https://www.e-shelf-labels.com/hardware/captana-shelfeye.html.

| US 11,087,272 B2, Claim 1 | SES-imagotag Products and Solutions |
|---|---|

As hardware for the ESL solution for reliable inventory management Captana, the ShelfEye camera is designed to keep an eye on shelves and to send signals to the system as soon as there is a risk of inventory-related shelf gaps or even "out of stock". The camera is equipped with special features for this purpose.



SES-imagotag further states that "[t]he ShelfEye camera is mounted opposite the shelf to be monitored in the warehouse or at point-of-sale in order to have a constant view of it. Autofocus and wide angle guarantee consistently good readability of the entire range, with the camera using so-called blink detection to constantly scan the inventory." https://www.e-shelf-labels.com/hardware/captana-shelfeye.html.

SES-imagotag uses diagrams to show how Captana ShelfEye **captures one or more images of a portion of a shelf**. *See* https://www.ses-imagotag.com/wp-content/uploads/2023/01/SES-imagotag_VUSION27-Presentation_Final-1.pdf; https://www.e-shelf-labels.com/hardware/captana-shelfeye.html.



| US 11,087,272 B2, Claim 1 | SES-imagotag Products and Solutions |
|---|---|



SES-imagotag further describes the ShelfEye camera as "a shelf camera to monitor all products, in real-time." https://youtu.be/gFFQd7_rTQk, at 00:20.



SES-imagotag also shows the use of the Captana StoreEye 360 **camera** for inventory monitoring. *See* https://www.youtube.com/watch?v=f15tqFLRYA4, at 00:23.

| US 11,087,272 B2, Claim 1 | **SES-imagotag Products and Solutions** |
|---|---|



SES-imagotag also shows the ShelfEye camera scanning and **capturing one or more images of a portion of a shelf** in its video. *See* https://youtu.be/gFFQd7_rTQk, at 00:30-00:32.



SES-imagotag expressly discloses the use of "image data obtained at the store shelf." https://www.ses-imagotag.com/vusion-27-strategic-plan-a-vusion-for-the-future/#:~:text=The%20Vusion%20'27%20plan%20envisions,verticals%20will%20drive%20further%20growth.

SES-imagotag describes Captana as  "giv[ing] us the 'eye' of the customer" and indicates that the ShelfEye camera performs this function. Captana Intermaché business case (https://www.ses-imagotag.com/products/captana/), at 01:38.

| US 11,087,272 B2, Claim 1 | **SES-imagotag Products and Solutions** |
| --- | --- |



SES-imagotag then shows a processed image from a **captured** image of a store **shelf**. *See* Captana Intermaché business case (https://www.ses-imagotag.com/products/captana/), at 01:46.



SES-imagotag shows that such an image can be accessed from handheld devices. *See* Captana Intermaché business case (https://www.ses-imagotag.com/products/captana/), at 02:01.

| US 11,087,272 B2, Claim 1 | SES-imagotag Products and Solutions |
|---|---|



[1B] detecting and reading content of a shelf label on the portion of the shelf within the one or more images;

Captana performs "**detecting and reading content of a shelf label on the portion of the shelf within the one or more images**."

SES-imagotag discloses that "Captana identifies VUSION ESLs within seconds." *See* https://youtu.be/gFFQd7_rTQk, at 00:34.



To identify the VUSION ESLs, Captana necessarily **detects** the presence of the VUSION ESLs (shelf labels) and it also **reads content of** these labels (such as the price information shown on the ESLs) on the portion of the shelf within the one or more images.

In fact, SES-imagotag illustrates an example of Captana detecting and reading the content of ESLs on the portion of the shelf within the one or more images. *See* https://www.e-shelf-labels.com/hardware/captana-shelfeye.html.

| US 11,087,272 B2, Claim 1 | SES-imagotag Products and Solutions |
|---|---|



The picture above shows that the labels are properly **detected** (with bounding boxes shown) and their **contents** (prices) are properly **read**.

SES-imagotag further states that "Through cameras and sensors, Captana transforms pictures into structured data by processing image data obtained at the store shelf in the Captana Cloud using artificial intelligence, machine learning and computer vision." *See* https://www.ses-imagotag.com/vusion-27-strategic-plan-a-vusion-for-the-future/#:~:text=The%20Vusion%20'27%20plan%20envisions,verticals%20will%20drive%20further%20growth.

SES-imagotag further states that this technology "leverag[es] the ESL infrastructure." *Id.* SES-imagotag further discloses an "ESL software Captana" that makes "the geolocation of gaps in the shelf" possible. https://www.e-shelf-labels.com/hardware/captana-shelfeye.html. The transformation of "image data obtained at the store shelf" into structured data used at least to geolocate gaps in the shelf  necessarily comprises **detecting and reading content of a shelf label on the portion of the shelf within the one or more images**, so as to align the ESL content with the products in the structural data.

SES-imagotag shows an example of such transformation. *See* https://www.ses-imagotag.com/wp-content/uploads/2023/01/SES-imagotag_VUSION27-Presentation_Final-1.pdf, at slide 92.

| US 11,087,272 B2, Claim 1 | SES-imagetag Products and Solutions |
|---|---|



From this example, it is clear that Captana has **detected** the ESLs bearing content such as product SKUs and has also **read** those **contents**.

| [1C] defining one or more product facing bounding boxes surrounding one or more corresponding facings of a product within the one or more images; | Captana performs "**defining one or more product facing bounding boxes surrounding one or more corresponding facings of a product within the one or more images**." |
|---|---|

SES-imagetag clearly shows an example of how Captana **defines one or more product facing bounding boxes surrounding one or more corresponding facings of a product within the one or more images**. *See* https://www.e-shelf-labels.com/hardware/captana-shelfeye.html. The picture below shows the **product facing bounding boxes** defined in red surrounding the **facings** of products.



| US 11,087,272 B2, Claim 1 | SES-imagotag Products and Solutions |
|---|---|
| | SES-imagotag provides another clear example of "defining one or more product facing bounding boxes" in its promotional video for Captana. *See* https://youtu.be/gFFQd7_rTQk, at 00:45.  |
| [1D] associating the shelf label content with each of the one or more product facing bounding boxes that includes and defines each of the one or more corresponding product facings; | Captana performs "**associating the shelf label content with each of the one or more product facing bounding boxes that includes and defines each of the one or more corresponding product facings**." <br><br>SES-imagotag states that "due to electronic price labeling, each item in the warehouse or shop is uniquely linked to a digital shelf label, and can be scanned by sensors in the security camera. . . A planogram of shelf availability is created in real time from the recorded data. This amount of data can also be visualized in a heat map." https://www.e-shelf-labels.com/automated-shelf-monitoring-captana.html#:~:text=On%20a%20digital%20map%2C%20the,immediately%20to%20avoid%20empty%20shelves. Such planogram of shelf availability is the **association** between the **shelf label content** and **each of the one or more product facing bounding boxes that includes and defines each of the one or more corresponding product facings**. <br><br>SES-imagotag clearly depicts _ such association between the shelf label content and the product facing bounding boxes in its presentation of "Realogramm". *See* https://www.e-shelf-labels.com/automated-shelf-monitoring-captana.html#:~:text=On%20a%20digital%20map%2C%20the,immediately%20to%20avoid%20empty%20shelves. |

| US 11,087,272 B2, Claim 1 | SES-imagotag Products and Solutions |
|---|---|



The same association is shown in SES-imagotag's promotional videos for Captana. *See* https://youtu.be/gFFQd7_rTQk, at 00:45; https://vimeo.com/829344183, at 01:20.





| [1E] cross-correlating the one or more product facing bounding boxes and one or | Captana performs "**cross-correlating the one or more product facing bounding boxes and one or more other product facing bounding boxes across one or more stores by matching the** |
|---|---|

| US 11,087,272 B2, Claim 1 | SES-imagotag Products and Solutions |
|---|---|
| more other product facing bounding boxes across one or more stores by matching the shelf label content with other shelf label content associated with the one or more other product facing bounding boxes; | **shelf label content with other shelf label content associated with the one or more other product facing bounding boxes**." |

SES-imagotag states that "Through cameras and sensors, Captana transforms pictures into structured data by processing image data obtained at the store shelf in the Captana Cloud using artificial intelligence, machine learning and computer vision." *See* https://www.ses-imagotag.com/vusion-27-strategic-plan-a-vusion-for-the-future/#:~:text=The%20Vusion%20'27%20plan%20envisions,verticals%20will%20drive%20further%20growth. SES-imagotag presents an illustration of such a transformation. *See* https://www.ses-imagotag.com/wp-content/uploads/2023/01/SES-imagotag_VUSION27-Presentation_Final-1.pdf, at slide 92.



SES-imagotag ealso shows an example of such transformation in its promotional video. *See* https://vimeo.com/829344183, at 01:20.

| US 11,087,272 B2, Claim 1 | SES-imagotag Products and Solutions |
|---|---|



In this example, the video shows that the red, green, and yellow **product facing bounding boxes** are represented in the structural data with the same "Marks" value ("Dr. Oetker"). This shows **cross-correlation** between these bounding boxes by matching their **shelf label contents** (their "Marks").

In another promotional video, SES-imagotag states that "misplaced or out-of-stock items are identified by recognizing each digital price tag and the products that are linked with it." https://www.youtube.com/watch?v=f15tqFLRYA4, 00:30-00:35 (voiceover). SES-imagotag then shows the result of such recognition.



In this example, the several "Evernat" products are each bound by a **product facing bounding box**. In order to identify that the "Evernat" products are misplaced or out-of-stock, these bounding

| US 11,087,272 B2, Claim 1 | SES-imagotag Products and Solutions |
|---|---|
| | boxes are necessarily being **cross-correlated** by matching their **shelf label contents** (their marks of "Evernat"). |
| [1F] building training data based on the association of the shelf label content with the cross-correlated product facing bounding boxes; | Captana performs "**building training data based on the association of the shelf label content with the cross-correlated product facing bounding boxes**." |

SES-imagotag states that Captana employs "artificial intelligence, machine learning and computer vision." https://www.ses-imagotag.com/vusion-27-strategic-plan-a-vusion-for-the-future/#:~:text=The%20Vusion%20'27%20plan%20envisions,verticals%20will%20drive%20further%20growth. SES-imagotag also  lists a "self-learning algorithm based on machine learning" as one "key technical function" of the ShelfEye camera. *See* https://www.ses-imagotag.com/wp-content/uploads/2021/05/Captana_EN_PRELIM.pdf.



On information and belief, SES-imagotag's statements that Captana employs such technologies as artificial intelligence, machine learning, computer vision, and a self-learning algorithm necessarily require that Captana is **building training data based on the association of the shelf label content with the cross-correlated product facing bounding boxes**.

Also, the Captana Shelfcam User Manual specifies that the Shelfcam may be managed through a mobile app called "Captana Assistant." On information and belief, the "Captana Live" mobile app, available at least on the Google App Store, is that same mobile app. A screenshot from the Captana Live mobile app shows that it has the functionality of "Train Wrong Product."

| US 11,087,272 B2, Claim 1 | SES-imagotag Products and Solutions |
|---|---|
| | <br><br>On information and belief, the functionality of "Train Wrong Product" necessarily involves **building training data based on the association of the shelf label content with the cross-correlated product facing bounding boxes**. |
| [1G] using the training data to build a product classifier; and | Captana performs "**using the training data to build a product classifier.**"<br><br>SES-imagotag states that Captana employs "artificial intelligence, machine learning and computer vision." https://www.ses-imagotag.com/vusion-27-strategic-plan-a-vusion-for-the-future/#:~:text=The%20Vusion%20'27%20plan%20envisions,verticals%20will%20drive%20further%20growth. SES-imagotag further states that "Through machine learning, Captana, as an inventory management system, is able to digitally identify and report stockouts, dead stock and displacements on shelves in real time: due to electronic price labeling, each item in the warehouse or shop is uniquely linked to a digital shelf label, and can be |

16

| US 11,087,272 B2, Claim 1 | SES-imagotag Products and Solutions |
|---|---|

scanned by sensors in the security camera." https://www.e-shelf-labels.com/automated-shelf-monitoring-captana.html#:~:text=On%20a%20digital%20map%2C%20the,immediately%20to%20avoid%20empty%20shelves.

SES-imagotag further shows that Captana can obtain "ultra-precise product information & data" from product image and ESL content. *See* https://youtu.be/gFFQd7_rTQk, at 00:49.



SES-imagotag also states that "the ShelfEye camera is designed to keep an eye on shelves and to send signals to the system as soon as there is a risk of inventory-related shelf gaps or even 'out of stock'." https://www.e-shelf-labels.com/hardware/captana-shelfeye.html. SES-imagotag shows this functionality in its promotional video. *See* https://youtu.be/gFFQd7_rTQk, at 00:56.



17

| US 11,087,272 B2, Claim 1 | SES-imagotag Products and Solutions |
| --- | --- |
| | On information and belief, using  artificial intelligence, machine learning and computer vision to obtain ultra-precise product information and data, and to detect inventory levels and issue out-of-shelf alerts, necessarily requires Captana to be **using the training data to build a product classifier**. Those functions could not be performed without "product classifiers." |

In particular, SES-imagotag's structural data representation necessarily requires the products to be **classified** under names and brands.



On information and belief, this  structural data representation reflects the operation of the claimed **product classifier**.

Furthermore, on information and belief, the "Train Wrong Product" functionality offered by Captana Live mobile app necessarily requires such **building** of a **product classifier**. The "wrong product" must be classified and distinguished from the right products.

| | |
| --- | --- |
| [1H] using the product classifier to classify an item as the product. | Captana performs "**using the product classifier to classify an item as the product.**" |

As discussed in [1G], Captana obtains product information and data, detects inventory levels, and classifies products under names and brands. On information and belief, such actions necessarily require **using the product classifier to classify an item as the product**.

Furthermore, on information and belief, the "Train Wrong Product" functionality offered by Captana Live mobile app

| US 11,087,272 B2, Claim 1 | SES-imagotag Products and Solutions |
|---|---|
| | necessarily requires **using the product classifier to classify an item as the product**. |

*Claim 18*

| US 11,087,272 B2, Claim 18 | SES-imagotag Products and Solutions |
|---|---|
| [18pre] A system comprising: | SES-imagotag makes, uses, offers for sale, sells and imports at least Captana, meeting the claimed system of [18pre]. |
| [18A] a processor; | Captana uses a cloud architecture to process inputs from multiple cameras. https://www.e-shelf-labels.com/automated-shelf-monitoring-captana.html#:~:text=On%20a%20digital%20map%2C%20the,immediately%20to%20avoid%20empty%20shelves. |

**Captana system architecture**



On information and belief, at least the CV cloud portion of Captana comprises **a processor**.

In one of SES-imagotag's promotional videos, it states that the cloud is powered by Microsoft Azure. *See* SES Imagotag VUSION Building the world's leading Retail IoT Cloud platform (https://www.ses-imagotag.com/products/cloud-platform/), at 01:11-01:12 (voice over).

On information and belief, at least Microsoft Azure comprises **a processor**.

| [18B] system memory coupled to the processor and storing instructions configured to cause the processor to: | On information and belief, at least the CV cloud portion of Captana and further at least Microsoft Azure comprises such **system memory**. |

| US 11,087,272 B2, Claim 18 | SES-imagotag Products and Solutions |
|---|---|
| [18C] capture one or more images of a portion of a shelf with a camera; | Please refer to the discussions of [1A]. |
| [18D] detect and reading content of a shelf label on the portion of the shelf within the one or more images; | Please refer to the discussions of [1B]. |
| [18E] define one or more product facing bounding boxes that surround an surrounding one or more corresponding facings of a product within the one or more images; | Please refer to the discussions of [1C]. |
| [18F] associate the shelf label content with each of the one or more product facing bounding boxes that includes and defines each of the one or more corresponding product facings; | Please refer to the discussions of [1D]. |
| [18G] cross-correlate the one or more product facing bounding boxes and one or more other product facing bounding boxes across one or more stores by matching the shelf label content with other shelf label content associated with the | Please refer to the discussions of [1E]. |

| US 11,087,272 B2, Claim 18 | SES-imagotag Products and Solutions |
|---|---|
| one or more other product facing bounding boxes; | |
| [18H] build training data based on the association of the shelf label content with the cross-correlated product facing bounding boxes; | Please refer to the discussions of [1F]. |
| [18I] use the training data to build a product classifier; and | Please refer to the discussions of [1G]. |
| [18J] use the product classifier to perform one or more of: (1) an inventory management activity related to the product or (2) classifying an item as the product. | Please refer to the discussions of [1H] and [10H]. |