# EXHIBIT 8

Claim chart of the '321 Patent

*Claim 1*

| US 10,701,321 B2, Claim 1 | SES-imagotag Products and Solutions |
| --- | --- |
| [1pre] A video surveillance system, comprising: | SES-imagotag makes, uses, offers for sale, sells and imports at least the Captana solution ("Captana"), including, among others, ShelfEye and StoreEye cameras, CV edge servers, CV cloud, VUSION cloud, VUSION electronic shelf labels (ESLs), and access points (APs) designed to work with the Captana solution, VUSION Cloud Platform and/or VUSION ESLs, that meets the claimed system of claim 1 of U.S. Patent No. 10,701,321 B2 ("the '321 Patent"). https://www.ses-imagotag.com/products/captana/; https://www.e-shelf-labels.com/automated-shelf-monitoring-captana.html#:~:text=On%20a%20digital%20map%2C%20the,immediately%20to%20avoid%20empty%20shelves; https://youtu.be/gFFQd7_rTQk at 00:34; https://www.ses-imagotag.com/products/wifi-integrations/. |



**Captana system architecture**



1

| US 10,701,321 B2, Claim 1 | SES-imagotag Products and Solutions |
|---|---|





SES-imagotag combined to Aruba's secure platform is the ideal way to support electronic shelf labels, and deliver the benefits of an intelligent store, in retail applications of any size.

| [1A] one or more surveillance cameras that capture image data; | Captana comprises "**one or more surveillance cameras that capture image data.**"<br><br>Captana includes **cameras** such as the Captana ShelfEye and the Captana StoreEye 360. *See* https://www.ses-imagotag.com/wp-content/uploads/2023/01/SES-imagotag_VUSION27-Presentation_Final-1.pdf. |

| US 10,701,321 B2, Claim 1 | SES-imagotag Products and Solutions |
|---|---|



SES-imagotag states that "the ShelfEye camera is designed to keep an eye on shelves and to send signals to the system as soon as there is a risk of inventory-related shelf gaps or even 'out of stock'. The camera is equipped with special features for this purpose." https://www.e-shelf-labels.com/hardware/captana-shelfeye.html. A camera that "is designed to keep an eye on" its designated view area is, by definition, a **surveillance camera**.

| **US 10,701,321 B2, Claim 1** | **SES-imagotag Products and Solutions** |
| --- | --- |

As hardware for the ESL solution for reliable inventory management Captana, the ShelfEye camera is designed to keep an eye on shelves and to send signals to the system as soon as there is a risk of inventory-related shelf gaps or even "out of stock". The camera is equipped with special features for this purpose.



SES-imagotag further states that "[t]he ShelfEye camera is mounted opposite the shelf to be monitored in the warehouse or at point-of-sale in order to have a constant view of it. Autofocus and wide angle guarantee consistently good readability of the entire range, with the camera using so-called blink detection to constantly scan the inventory." https://www.e-shelf-labels.com/hardware/captana-shelfeye.html. A camera that has a "constant view" of a monitored object is, by definition, a **surveillance camera**.

SES-imagotag uses diagrams to show how Captana ShelfEye **captures image data**. *See* https://www.ses-imagotag.com/wp-content/uploads/2023/01/SES-imagotag_VUSION27-Presentation_Final-1.pdf; https://www.e-shelf-labels.com/hardware/captana-shelfeye.html.



4

| US 10,701,321 B2, Claim 1 | SES-imagotag Products and Solutions |
|---|---|



SES-imagotag further describes the ShelfEye camera as "a shelf camera to monitor all products, in real-time." https://youtu.be/gFFQd7_rTQk, at 00:20.



SES-imagotag also shows the use of the Captana StoreEye 360 **camera** for inventory monitoring. *See* https://youtu.be/gFFQd7_rTQk, at 00:23.

| US 10,701,321 B2, Claim 1 | SES-imagotag Products and Solutions |
|---|---|



SES-imagotag shows the ShelfEye camera scanning and **capturing one or more images of a portion of a shelf** in its video. *See* https://youtu.be/gFFQd7_rTQk, at 00:30-00:32.



[1B] an object detection system that detects objects of interest within the image data and extracts portions of frames that include the detected objects of interest and sends the extracted

Captana comprises "**an object detection system that detects objects of interest within the image data and extracts portions of frames that include the detected objects of interest and sends the extracted portions of the frames**."

Captana comprises cameras and a CV Edge Server on premises which are connected through VUSION Cloud Connector to CV Cloud and Vusion Cloud.. *See* https://www.e-shelf-labels.com/automated-shelf-monitoring-captana.html#:~:text=On%0a%20digital%20map%2C%20the,immediately%20to%20avoid%20empty%20shelves.

6

| US 10,701,321 B2, Claim 1 | SES-imagotag Products and Solutions |
|---|---|
| portions of the frames; and | **Captana system architecture** <br><br>  <br><br> On information and belief, the CV Edge Server functions as one component of the **object detection system**. <br><br> SES-imagotag states that the ShelfEye cameras have "key technical functions" including a "self-learning algorithm based on machine learning" and "ultra-low power communication". *See* https://www.ses-imagotag.com/wp-content/uploads/2021/05/Captana_EN_PRELIM.pdf. <br><br>  <br><br> On information and belief, the ShelfEye camera, with its machine learning algorithm, may also function as the **object detection system** or a component of the **object detection system**. <br><br> Captana automatically **detects objects of interest**, *i.e.,* the products and labels **within the image data**, in order to perform geolocationing of gaps in the shelf. *See* https://www.e-shelf-labels.com/hardware/captana-shelfeye.html. The result of such detection is shown in various SES-imagotag promotional materials. *See* https://youtu.be/gFFQd7_rTQk, at 00:45; https://vimeo.com/829344183, at 01:20, https://www.e-shelf-labels.com/hardware/captana-shelfeye.html. |

| US 10,701,321 B2, Claim 1 | SES-imagotag Products and Solutions |
|---|---|







On information and belief, the ShelfEye cameras and/or the CV Edge Server (which together form the **object detection system**),

8

| US 10,701,321 B2, Claim 1 | SES-imagotag Products and Solutions |
|---|---|

carries out such **detection of objects of interest within the image data**. Further, on information and belief, the ShelfEye cameras and/or the CV Edge Server (which together form the **object detection system**) **extracts portions of frames that include the detected objects of interest and sends the extracted portions of the frames** through VUSION Cloud Connector to CV Cloud and Vusion Cloud for further processing, to lower the requirements for local communication bandwidth and power consumption, and achieve the stated "ultra low power communication" (*see* https://www.ses-imagotag.com/wp-content/uploads/2021/05/Captana_EN_PRELIM.pdf).

SES-imagotag states that Captana processes image data in the cloud using artificial intelligence, machine learning and computer vision, to transform the pictures into structured data. *See* https://www.ses-imagotag.com/wp-content/uploads/2023/01/SES-imagotag_VUSION27-Presentation_Final-1.pdf, at slide 92.



On information and belief, the red, blue and green bounding boxes in the image in this example above represent results of the **extraction** of **portions of frames that include the detected objects of interest** by the ShelfEye cameras and/or the CV Edge Server (which together form the **object detection system**), and which were further **sent** to the CV Cloud and Vusion Cloud through VUSION Cloud Connector by the ShelfEye cameras and/or the CV Edge Server (which together form the **object detection system**) in the stated "ultra low power communication".

Further, SES-imagotag states that, during the operations of ShelfEye, "[p]hotos of people are automatically made unrecognizable in order to comply with EU-GDPR rules".

| US 10,701,321 B2, Claim 1 | SES-imagotag Products and Solutions |
|---|---|
| | https://www.e-shelf-labels.com/hardware/captana-shelfeye.html. |

An image with photos of people may be similar to the image depiction included in https://www.e-shelf-labels.com/automated-shelf-monitoring-captana.html#:~:text=On%20a%20digital%20map%2C%20the,immediately%20to%20avoid%20empty%20shelves.



On information and belief, the ShelfEye cameras and/or the CV Edge Server (which together form the **object detection system**), automatically make unrecognizable the photos of people  before any transmission through the VUSION Cloud Connector to the CV Cloud and VUSION Cloud, so that personal identifiable information would never be transmitted from the premises into the cloud, thus complying with the EU-GDPR rules. One of the ShelfEye's "key technical functions" is "motion sensor for GDPR compliancy." https://www.ses-imagotag.com/wp-content/uploads/2021/05/Captana_EN_PRELIM.pdf. This further shows that the ShelfEye cameras (part of the **object detection system**) participate in making unrecognizable the photos of people before transmission to the CV Cloud and VUSION Cloud.

Making photos of people unrecognizable before transmission through the VUSION Cloud Connector is another example of the **extraction** of **portions of frames that include the detected objects of interest** (that is, the portion of the image containing

10

| US 10,701,321 B2, Claim 1 | SES-imagotag Products and Solutions |
|---|---|
| | products and labels and not occupied by photos of people), and the **extracted portion** are then on the VUSION Cloud Connector.<br><br>Alternatively, on information and belief, the ShelfEye cameras and/or the CV Edge Server (which together form the **object detection system**) **detect objects of interest** (the labels and the products) in the **image data**, and when the **objects of interest** are blocked by people (as shown in the depiction above from https://www.e-shelf-labels.com/automated-shelf-monitoring-captana.html#:~:text=On%0a%20digital%20map%2C%20the,immediately%20to%20avoid%20empty%20shelves) or other objects in a certain **frame**, as detectable by the cameras (for example with its "autofocus lens" and "motion sensor for GDPR compliancy"), the **object detection system** then would find that no **object of interest** exist in such **frame**. On information and belief consistent with industry practice, the **object detection system**, with such ability to find whether **objects of interest** exist in any **frame**, then **extracts portions of frames that include the detected objects of interest and sends the extracted portions of the frames** through the VUSION Cloud Connector to the CV Cloud and VUSION Cloud, so as to lower the requirements for local communication bandwidth and power consumption, and achieve the stated "ultra low power communication" (*see* https://www.ses-imagotag.com/wp-content/uploads/2021/05/Captana_EN_PRELIM.pdf). |
| [1C] a video analytics system that receives only the extracted portions of the frames of the image data, transmitted over a network, from the object detection system, the image data received by the video analytics system corresponding to objects of interest detected by the object detection | Captana comprises "**a video analytics system that receives only the extracted portions of the frames of the image data, transmitted over a network, from the object detection system, the image data received by the video analytics system corresponding to objects of interest detected by the object detection system, the video analytics system analyzing the objects of interest.**"<br><br>As discussed in [1B], Captana comprises CV Cloud and Vusion Cloud. *See* https://www.e-shelf-labels.com/automated-shelf-monitoring-captana.html#:~:text=On%20a%20digital%20map%2C%20the,immediately%20to%20avoid%20empty%20shelves. At least these form **a video analytics system** that processes and analyzes image data in the cloud using artificial intelligence, machine learning and computer vision, so as to transform the pictures into structured data. *See* https://www.ses-imagotag.com/wp- |

| US 10,701,321 B2, Claim 1 | SES-imagotag Products and Solutions |
|---|---|
| system, the video analytics system analyzing the objects of interest; | content/uploads/2023/01/SES-imagotag_VUSION27-Presentation_Final-1.pdf, at slide 92.<br><br>Also as discussed in [1B], the CV Cloud and Vusion Cloud (forming the **video analytics system**) **receive only the extracted portions of the frames of the image data, transmitted over a network** (that is, the VUSION Cloud Connector), **from the object detection system** (that is, the ShelfEye cameras and/or the CV Edge Server), so as to lower the requirements on local communication bandwidth and power consumption, and achieve the desired "ultra low power communication" (*see* https://www.ses-imagotag.com/wp-content/uploads/2021/05/Captana_EN_PRELIM.pdf).<br><br>Alternatively, as also discussed in [1B], on information and belief, the **object detection system** only extracts frames that contain **objects of interest** and sends these frames to the **video analytics system**<br><br>In either of these scenarios, as further discussed in [1B], **the image data received by the video analytics system corresponds to objects of interest detected by the object detection system**, *i.e.*, the products and labels, so that the CV Cloud and Vusion Cloud (forming the **video analytics system**) may transform the pictures into structured data representing such objects of interest. *See* https://www.ses-imagotag.com/wp-content/uploads/2023/01/SES-imagotag_VUSION27-Presentation_Final-1.pdf, at slide 92. This transformation is an **analysis** of **the objects of interest** by **the video analytics system**. |
| [1D] wherein the video analytics system receives the image data from multiple object detection systems after being transmitted over the network and the video analytics system is operated by a different business entity than | In Captana, "**the video analytics system receives the image data from multiple object detection systems after being transmitted over the network and the video analytics system is operated by a different business entity than the one or more surveillance cameras.**"<br><br>In one of the promotional videos, SES-imagotag shows that SES-imagotag cloud-based infrastructure serves "40+M Cloud-connected Digital Labels" and "Thousands of stores in the cloud." *See* SES Imagotag VUSION Building the world's leading Retail IoT Cloud platform (https://www.ses-imagotag.com/products/cloud-platform/), 00:14-00:15. |

| US 10,701,321 B2, Claim 1 | SES-imagotag Products and Solutions |
|---|---|
| the one or more surveillance cameras; and |   |

In the same video, a multi-national client has deployed this cloud based infrastructure. *See* SES Imagotag VUSION Building the world's leading Retail IoT Cloud platform (https://www.ses-imagotag.com/products/cloud-platform/), 00:20-00:22 (voiceover). The video also states that the cloud solution supports automatic stockout detection. *See* SES Imagotag VUSION Building the world's leading Retail IoT Cloud platform *(*https://www.ses-imagotag.com/products/cloud-platform/*)*, 01:11. The depiction of automatic stockout detection clearly fits Captana.

**US 10,701,321 B2, Claim 1**

**SES-imagotag Products and Solutions**



In another promotional video by SES-imagotag, certain clients have deployed Captana in all of their stores. *See* https://www.linkedin.com/posts/captana_captana-vusion-retailtechnology-activity-7122854449219301376-Aro4?utm_source=share&utm_medium=member_desktop, 02:50-02:57 (voiceover).



On information and belief, when Captana is deployed on such a scale, the cloud portion of Captana, that is, the CV Cloud and Vusion Cloud (forming **the video analytics system**), necessarily **receives the image data from multiple object detection systems after being transmitted over the network**.

In one of SES-imagotag's promotional videos, it states that the cloud is powered by Microsoft Azure. *See* SES Imagotag VUSION Building the world's leading Retail IoT Cloud platform

| US 10,701,321 B2, Claim 1 | SES-imagotag Products and Solutions |
|---|---|
| | (https://www.ses-imagotag.com/products/cloud-platform/), 01:11-01:12 (voiceover).<br><br>On information and belief, **the one or more surveillance cameras** are operated by the retail premises that install Captana on-premise systems, and **the video analytics system** is operated by SES-imagotag and/or Microsoft, either of which is **a different business entity than the one operating the one or more surveillance cameras**. |
| [1E] wherein the image data corresponding to objects of interest detected by the object detection system are ranked by the object detection system according to factors including close proximity of the objects of interest to the one or more surveillance cameras, picture quality of the objects of interest, and/or contrast of the objects of interest to create a ranking and the ranking is saved in metadata with the image data and an object analysis system of the video analytics system reads the rankings within the metadata and decides whether or not to | In Captana, "**the image data corresponding to objects of interest detected by the object detection system are ranked by the object detection system according to factors including close proximity of the objects of interest to the one or more surveillance cameras, picture quality of the objects of interest, and/or contrast of the objects of interest to create a ranking and the ranking is saved in metadata with the image data and an object analysis system of the video analytics system reads the rankings within the metadata and decides whether or not to analyze the image data**."<br><br>On information and belief, the ShelfEye camera and/or the CV Edge Server (forming **the object detection system**) rank **the image data corresponding to objects of interest** (products and labels) **according to** factors including the presence or absence of products (which represents a **contrast of the objects of interest** with the image data, a factor specifically claimed in [1E]). Portions of the image data corresponding to absence of products are generally depicted with a different color (usually reddish) on the processed images. *See e.g.* https://vimeo.com/829344183, at 01:20, https://www.youtube.com/watch?v=f15tqFLRYA4, at 00:35. |

| US 10,701,321 B2, Claim 1 | SES-imagotag Products and Solutions |
| --- | --- |

analyze the image data.





As explained above, on information and belief, the coloring scheme represents a **ranking** based on the factor of contrast. Further, on information and belief, such **ranking** is likely the result of processing by the ShelfEye camera and/or the CV Edge Server (forming **the object detection system**), as opposed to the CV Cloud and Vusion Cloud (forming the **video analytics system**), and is sent by the **object detection system** in the form of **metadata saved with the image data** to the **object analytics system**, because that is compatible with the industry practice of the division of labor between limited-resource systems such as cameras and CV Edge Servers on the one hand, and systems with more resources  such as CV Cloud and Vusion Cloud on the other hand, so that the limited-resource systems take on more preprocessing tasks such as **ranking**, and then send the results of such preprocessing tasks to systems with more resources in the

16

| US 10,701,321 B2, Claim 1 | SES-imagotag Products and Solutions |
|---|---|
| | form of **metadata saved with image data** so as to facilitate the further processing by the systems with more resources. |

Further, on one of SES-imagotag's depictions of the detection of products and labels (**objects of interest**), product facing numbers are overlaid on top of the different products, and, based on practices of the relevant industry, these product facing numbers represent the required stock quantity of the products at the corresponding position.



On information and belief, such numbering is another example of **ranking** of **the image data corresponding to objects of interest**, in this case **according to** a factor such as the location and required number of the products (wherein at least the location represents **proximity of the objects of interest to the cameras**, a specifically claimed factor of [1E]). And as discussed earlier, further on information and belief, such **ranking** is likely created by the camera and the CV Edge Server (forming the **object detection system**) and then sent to the **video analysis system** in the form of **metadata saved with image data**.

SES-imagotag states that Captana employs "artificial intelligence, machine learning and computer vision." https://www.ses-imagotag.com/vusion-27-strategic-plan-a-vusion-for-the-future/#:~:text=The%20Vusion%20'27%20plan%20envisions,ve rticals%20will%20drive%20further%20growth. SES-imagotag further states that "Through machine learning, Captana, as an inventory management system, is able to digitally identify and report stockouts, dead stock and displacements on shelves in real time: due to electronic price labeling, each item in the warehouse or shop is uniquely linked to a digital shelf label, and can be

17

| US 10,701,321 B2, Claim 1 | SES-imagotag Products and Solutions |
|---|---|

scanned by sensors in the security camera." https://www.e-shelf-labels.com/automated-shelf-monitoring-captana.html#:~:text=On%20a%20digital%20map%2C%20the,immediately%20to%20avoid%20empty%20shelves. SES-imagotag further states that Captana can obtain "ultra-precise product information & data" from product image and ESL content. *See* https://youtu.be/gFFQd7_rTQk, at 00:49.



On information and belief, the CV Cloud and Vusion Cloud (forming the **video analytics system**) obtain such "ultra-precise product information & data" when they process image data in the cloud using artificial intelligence, machine learning and computer vision, to transform the pictures into structured data (*see* https://www.ses-imagotag.com/wp-content/uploads/2023/01/SES-imagotag_VUSION27-Presentation_Final-1.pdf, at slide 92).

On information and belief, obtaining "ultra-precise product information & data" would not be necessary for portions of images that correspond to the absence of products, because no product information or data (that are obtained from the product image, such as the "expiration date", "product name", "manufacturer", "margin", "country of origin" depicted in https://youtu.be/gFFQd7_rTQk, 00:49 above) may be obtained from absent products.

Thus, on information and belief, a part of the CV Cloud and Vusion Cloud (forming the **video analytics system**) would function as the claimed **object analysis system** that **reads the rankings within the metadata and decides whether or not to analyze**

| US 10,701,321 B2, Claim 1 | SES-imagotag Products and Solutions |
|---|---|
| | **the image data**, in particular, this part would read the metadata representing the **rankings** (in color) of the presence or absence of products, and **decide** whether or not to analyze the image data to obtain "ultra-precise product information & data" based on the result of such reading, for example, if no product is present (therefore with a ranking represented by the reddish color), the **object analysis system** may **decide** that no further analysis of the image data associated with such ranking is needed, because there is no ultra-precise product information & data to be obtained from that image data, but if some product is present (therefore with a ranking represented by the non-reddish colors), the **object analysis system** may **decide** that further analysis of the image data associated with such ranking is needed to obtain the ultra-precise product information & data (for example to ascertain whether the image data represents correct product expected for that location). |
| | Further, on information and belief, the same **object analysis system** also **reads** the **rankings** of product facing number and location, and then **decides** to whether or not to analyze the image data based on such reading, in particular, when the difference between the **ranking** of product facing number and the count of detected bounding boxes (detected by the **object detection system** as discussed in [1B]) for the same location is small, the **object analysis system** may **decide** that further analysis of the image data associated with such ranking is not needed, so as to prioritize the analysis of other image data and speed up the detection of out-of-stock events. |
| | Alternatively, when the **object detection system** extracts **frames** that contain **objects of interest** (as discussed in [1B]), on information and belief, and consistent with industry practice, the camera and/or the CV edge server (the **object detection system**) would **rank** the frames **according to factors** such as **picture quality of the objects of interest**, so that, for example, when the camera is out of focus (because the image is captured during an auto-focusing period) or partially blocked or stained, the **object detection system** would **rank** the frame lower than a frame captured when the image is of high quality. Then the **object detection system** would save the **ranking** as a **metadata** of the frame, and an **object analysis system** of the **image analytics system** would **read** this **metadata** and **decide whether or not to analyze the image data**, for example, the **object analysis system** |

| US 10,701,321 B2, Claim 1 | SES-imagotag Products and Solutions |
|---|---|

would decide that no further analysis of the frame is needed because the **ranking** of **picture quality** is too low.

Further alternatively, as SES-imagotag discloses multiple cameras scanning adjacent areas and each camera dynamically changing scanning areas (https://youtu.be/gFFQd7_rTQk, at 00:30-00:32), on information and belief, the camera and/or the CV edge server (the **object detection system**) would assign **rankings** to different portions of **image data** containing different detected objects of interest on the same frame **according to factors** such as **close proximity of the objects of interest to the camera**, and **save** these **rankings** as **metadata** of the portions. Then, on information and belief, and consistent with industry practice, an **object analysis system** of the **image analytics system** would **read** these **rankings** and **decide whether or not to analyze the image data**, for example, when the **ranking** shows that a portion is far away from the camera capturing that particular image data portion, the **object analysis system** may conclude that the same object of interest contained in that portion is likely to be covered better by image data captured by a different camera, and then decide not to analyze this portion.



| US 10,701,321 B2, Claim 1 | SES-imagotag Products and Solutions |
|---|---|
| |  |

*Claim 13*

| US 10,701,321 B2, Claim 13 | SES-imagotag Products and Solutions |
|---|---|
| [13pre] A method for analyzing video in a video surveillance system, the method comprising: | SES-imagotag makes, uses, offers for sale, sells and imports at least Captana that practices the method of claim 13. |
| [13A] capturing image data from one or more surveillance cameras; | Please refer to the discussions for [1A]. |
| [13B] detecting objects of interest within the image data via an object detection system; | Please refer to the discussions for [1B]. |
| [13C] the object detection system extracting portions of frames that include the detected objects of interest and transmitting the | Please refer to the discussions for [1B] and [1C]. |

| US 10,701,321 B2, Claim 13 | SES-imagotag Products and Solutions |
|---|---|
| extracted portions of the frames of the image data over a network, the image data transmitted by the object detection system corresponding to objects of interest detected by the object detection system; and | |
| [13D] a video analytics system, which is operated by a different business entity than the one or more surveillance cameras, only receiving the extracted portions of the frames of the image data from the object detection system and analyzing the objects of interest; | Please refer to the discussions for [1C] and [1D]. |
| [13E] the video analytics system further receiving image data from other object detection systems; | Please refer to the discussions for [1D]. |
| [13F] the object detection system ranking the image data corresponding to objects of interest detected by the object detection system according to factors including | Please refer to the discussions for [1E]. |

| US 10,701,321 B2, Claim 13 | SES-imagotag Products and Solutions |
|---|---|
| close proximity of the objects of interest to the one or more surveillance cameras, picture quality of the objects of interest, and/or contrast of the objects of interest to create a ranking and the ranking is saved in metadata with the image data; and | |
| [13G] an object analysis system of the video analytics system reading the rankings within the metadata and deciding whether or not to analyze the image data. | Please refer to the discussions for [1E]. |