IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HANSHOW TECHNOLOGY CO., LTD. AND SHANGHAI HANSHI INFORMATION TECHNOLOGY CO., LTD.<br><br>Plaintiffs,<br><br>v.<br><br>SES-IMAGOTAG SA, SES-IMAGOTAG GMBH AND CAPTANA GMBH<br><br>Defendants. | Civil Action No. 2:23-CV-00617 |

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, counsel for Plaintiffs Hanshow Technology Co., Ltd. and Shanghai Hanshi Information Technology Co., Ltd. (collectively "Plaintiffs") states as follows: Hanshow Technology Co., Ltd is a company organized and existing under the laws of China, with its principal place of business at Floor 4, Building 1 and Floor 7, Building 5, Jiaxing Guangfu Innovation Park, No.1288 Kanghe Road, Xiuzhou District, Jiaxing, Zhejiang Province, China. Shanghai Hanshi Information Technology Co., Ltd. is a wholly owned subsidiary of Hanshow Technology Co., Ltd. Shanghai Hanshi Information Technology Co., Ltd. is a company organized and existing under the laws of China, with its principal place of business at Room 155, Building L, No.2399 Zuchongzhi Road, Pudong New Ara, Shanghai, China 201203.

Date: December 19, 2023.                    Respectfully submitted,

                /s/ *Geoff Culbertson*

Hao Tan (IL Bar No. 6314119)
Shen Wang (IL Bar No. 6314224)
Peter J. Curtin (IL Bar No. 6332596)
ARCH & LAKE LLP
203 N. LaSalle St., Ste. 2100
Chicago, IL 60601
Phone: 312-558-1369
Fax: 312-614-1873
HaoTan@archlakelaw.com
ShenWang@archlakelaw.com
Pete_curtin@archlakelaw.com

Boyd Cloern (DC Bar No. 471829)
STEPOE LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
Phone: 202-429-6230
bcloern@steptoe.com

Jamie Lucia (CA Bar No. 246163)
Benjamin Ho (CA Bar No. 321072)
STEPTOE LLP
One Market Plaza
Steuart Tower, 10th Floor, Suite 1070
San Francisco, CA 94105
Phone: 415 365-6711
jlucia@steptoe.com
bho@steptoe.com

Geoff Culbertson
PATTON, TIDWELL & CULBERTSON, LLP
2800 Texas Boulevard,
Texarkana,Texas 75503
Phone: 903-792-7080
Fax: 903-792-8233
gpc@texarkanalaw.com

*Plaintiffs HANSHOW TECHNOLOGY CO., LTD. and SHANGHAI HANSHI INFORMATION TECHNOLOGY CO., LTD.*

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on December 19, 2023.

*/s/ Geoff Culbertson*
Geoff Culbertson