AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| Hanshow Technology Co.,Ltd. et al ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 2:23-cv-00617 |
| SES-Imagotag SA et al ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Hanshow Technology Co.,Ltd.;  Shanghai Hanshi Information Technology Co.,Ltd.

Date: 01/26/2024

*Attorney's signature*

Jamie Lucia (CA Bar No. 246163)
*Printed name and bar number*

Steptoe LLP
One Market Plaza, Steuart Tower
10th Floor, Suite 1070
San Francisco, CA 94105
*Address*

jlucia@steptoe.com
*E-mail address*

(415) 365-6711
*Telephone number*

(415) 365-6699
*FAX number*