AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| Hanshow Technology Co., Ltd. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:23-cv-00617-RWS-RSP |
| SES-imagotag SA et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants SES-imagotag SA, SES-imagotag GmbH, and CAPTANA GMBH                .

Date:   02/15/2024

s/ Grant Kinsel
*Attorney's signature*

Grant Kinsel 49576(WA)
*Printed name and bar number*

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
*Address*

GKinsel@perkinscoie.com
*E-mail address*

(206) 359-3516
*Telephone number*

(206) 359-9000
*FAX number*