AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Eastern District of Texas

| | | |
|---|---|---|
| Hanshow Technology Co., Ltd. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   2:23-cv-00617-RWS-RSP |
| SES-imagotag SA et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants SES-imagotag SA, SES-imagotag GmbH, and CAPTANA GMBH                     .

Date:     02/15/2024

s/ Matthew J. Moffa
*Attorney's signature*

Matthew J. Moffa 5045067(NY)
*Printed name and bar number*

Perkins Coie LLP
1155 Avenue of the Americas, 22nd Floor
New York, NY 10036-2711
*Address*

MMoffa@perkinscoie.com
*E-mail address*

(212) 261-6857
*Telephone number*

(212) 399-8057
*FAX number*