AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | ) |
|---|---|
| Hanshow Technology Co.,Ltd. et al | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 2:23-cv-00617 |
| SES-Imagotag SA et al | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Hanshow Technology Co.,Ltd.; Shanghai Hanshi Information Technology Co.,Ltd.

Date: 02/15/2024

*Scott Richey*
*Attorney's signature*

Scott Richey (DC Bar No. 1013446)
*Printed name and bar number*

Steptoe LLP
1300 Connecticut Avenue N.W.
Washington, D.C. 20036
*Address*

srichey@steptoe.com
*E-mail address*

(202) 429-6436
*Telephone number*

(202) 429-3902
*FAX number*