IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HANSHOW TECHNOLOGY CO., LTD. AND SHANGHAI HANSHI INFORMATION TECHNOLOGY CO., LTD.<br><br>    Plaintiffs,<br><br>v.<br><br>SES-IMAGOTAG SA, SES-IMAGOTAG GMBH AND CAPTANA GMBH<br><br>    Defendants. | Civil Action No. 2:23-cv-00617 |

**PLAINTIFFS' NOTICE OF COMPLIANCE WITH LOCAL P.R. 3-1 AND 3-2**

Pursuant to the Court's Order (Dkt No. 17) Plaintiffs Hanshow Technology Co., Ltd. and Shanghai Hanshi Information Technology Co., Ltd.  (collectively "Hanshow" or "Plaintiffs") file this Notice of Compliance hereby informing the Court that the Plaintiffs served their P.R. 3-1 and 3-2 disclosure of asserted claims and infringement contentions on Defendants SES-Imagotag SA, SES-Imagtotag GMBH and Captana GMBH (collectively "Defendants") on March 20, 2024, through counsel of record for Defendants. Service was made via electronic mail.

1

<div style="display: flex;">

Dated on this 20th day of March, 2024.

Respectfully submitted,

*/s/ Scott Richey*
Boyd Cloern
Scott Richey
**Steptoe LLP**
1330 Connecticut Avenue NW
Washington, DC 20036
Telephone:  (202) 429-3000
Facsimile:   (202) 429-3902
bloern@steptoe.com
srichey@steptoe.com

Jamie Lucia
Scott Richey
**Steptoe LLP**
One Market Plaza, Steuart Tower
10th Floor, Suite 1070
San Francisco, CA 94105
Telephone:  (415) 365-6711
Facsimile:   (415) 365-6699
jlucia@steptoe.com
bho@steptoe.com

Hao Tan (IL Bar No. 6314119)
Shen Wang (IL Bar No. 6314224)
Peter J. Curtin (IL Bar No. 6332596)
203 N. LaSalle St., Ste. 2100
Chicago, IL 60601
Phone: 312-558-1369
Fax: 312-614-1873
Shenwang@archlakelaw.com
HaoTan@archlakelaw.com
Pete_curtin@archlakelaw.com

*Attorneys for Plaintiff Hanshow Technology Co., Ltd. and Shanghai Hanshi Information Technology Co., Ltd.*

</div>

2

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record are being served with a copy of this document via ECF, as authorized by E. DIST. TEX. LOC. CT. R. CV-5(d), on this 20th day of March, 2024

*/s/ Scott Richey*
Scott Richey