IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HANSHOW TECHNOLOGY CO., LTD. AND SHANGHAI HANSHI INFORMATION TECHNOLOGY CO., LTD. <br><br> Plaintiffs, <br><br> v. <br><br> SES-IMAGOTAG SA, SES-IMAGOTAG GMBH AND CAPTANA GMBH <br><br> Defendants. | Civil Action No. 2:23-cv-00617 |

### NOTICE OF APPEARANCE FOR KATHERINE D. CAPPAERT

Plaintiffs Hanshow Technology Co., Ltd and Shanghai Hanshi Information Technology Co., Ltd file this Notice of Appearance and hereby notify the Court that Katherine D. Cappaert of Steptoe LLP, 1330 Connecticut Avenue NW, Washington, DC 20036, is appearing on behalf of Hanshow Technology Co., Ltd and Shanghai Hanshi Information Technology Co., Ltd in the above referenced matter.

Respectfully submitted,

Katherine D. Cappaert

Dated: April 3, 2024  By:  */s/ Katherine D. Cappaert*
Katherine D. Cappaert
DC Bar No. 1019326; VA Bar No. 85386
STEPTOE LLP
1330 Connecticut Avenue NW
Washington, DC 20036
Email: kcappaert@steptoe.com
Telephone: (202) 429-6252
Facsimile:  (202) 429-3902

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record are being served with a copy of this document via ECF, as authorized by E. DIST. TEX. LOC. CT. R. CV-5(d), on this 3rd day of April, 2024

                                                     */s/ Katherine D. Cappaert*
                                                     Katherine D. Cappaert