IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HANSHOW TECHNOLOGY CO., LTD. AND SHANGHAI HANSHI INFORMATION TECHNOLOGY CO., LTD., <br><br> *Plaintiff,* <br><br> v. <br><br> SES-IMAGOTAG SA, SES-IMAGOTAG GMBH AND CAPTANA GMBH <br><br> *Defendants.* | § § § § § § § § § § § § Case No. 2:23-CV-00617-RWS-RSP |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Matthew C. Acosta of Platt Richmond PLLC hereby enters his appearance as Lead Counsel for Defendants VusionGroup SA, VusionGroup GMBH (formerly SES-IMAGOTAG SA, and SES-IMAGOTAG GMBH) and Captana GMBH (collectively, "Defendants") in the above-styled and numbered cause. Copies of all notices, orders, correspondence, and any other case-related information in this action should be provided to and served at the following address:

MATTHEW C. ACOSTA
Texas State Bar No. 24062577
macosta@plattrichmond.com
1201 N. Riverfront Blvd., Suite 150
Dallas, Texas 75207
214.559.2700 Main
214.559.4390 Fax

Dated: April 4, 2024                                    Respectfully submitted,

                                                        **PLATT RICHMOND PLLC**

                                                        */s/ Matthew C. Acosta*
                                                        Matthew C. Acosta
                                                        Texas Bar No. 24062577
                                                        macosta@plattrichmond.com
                                                        1201 N. Riverfront Blvd., Suite 150
                                                        Dallas, Texas 75207
                                                        214.559.2700 Main
                                                        214.559.4390 Fax

                                                        **COUNSEL FOR DEFENDANTS**


**CERTIFICATE OF SERVICE**

    The undersigned counsel for Defendants does hereby certify that this pleading was served on all counsel of record on April 4, 2024 by the Court's ECF system.

                                                        */s/ Matthew C. Acosta*
                                                        MATTHEW C. ACOSTA