IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HANSHOW TECHNOLOGY CO., LTD. AND SHANGHAI HANSHI INFORMATION TECHNOLOGY CO., LTD<br><br>    Plaintiffs,<br><br>v.<br><br>SES-IMAGOTAG SA, SES-IMAGOTAG GMBH AND CAPTANA GMBH<br><br>    Defendants. | Case No. 2:23-cv-00617-RWS-RSP |

### DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD

VusionGroup SA (f/k/a SES-Imagotag SA), VusionGroup GmbH (f/k/a SES-Imagotag GmbH), and Captana GmbH ("Defendants"), without waiving any defenses, and specifically those available under Fed. R. Civ. P. 12(b), respectfully request that this Court enter an order granting a three-week extension to answer, move, or file a responsive pleading to the Complaint filed by Plaintiffs (Dkt. 1). In support of this motion, Defendant states as follows:

1. Plaintiffs filed their Complaint on December 19, 2023.

2. Defendants are all non-United States entities, and waived service on January 9, 2024.

3. Defendants' answer is currently due April 4, 2024.

4. Defendants' investigations are ongoing.

5. Accordingly, Defendant respectfully requests a three-week extension of time—*i.e.*, through and including April 25, 2024—within which to respond to Plaintiffs' Complaint without making a general appearance.

6.       This is Defendants' first request for such an extension, which is less than thirty (30) days.

7.       This motion is made in good faith and not for purposes of undue delay. No party will be prejudiced by the relief sought and Plaintiffs are unopposed to the relief sought herein.

**WHEREFORE**, Defendant requests this Court enter an Order granting Defendant up to and including April 25, 2024, in which to respond to Plaintiff's Complaint.

Dated: April 4, 2024

Respectfully submitted,

*/s/ Matthew C. Acosta*
Matthew C. Acosta
Texas State Bar No. 24062577
PLATT RICHMOND PLLC
1201 N. Riverfront Blvd., Suite 150
Dallas, TX 75207
Tel. (214) 559-2700
Fax: (214) 559-4390

Grant E. Kinsel
Washington State Bar No. 49576
Perkins Coie LLP
1201 Third Avenue Suite 4900
Seattle, WA 98101
Tel: (206) 359-3516
Fax: (206) 359-9000

Matthew J. Moffa
Perkins Coie LLP
1155 Avenue of the Americas
22nd Floor
New York, NY 10036
Tel.: (212) 261-6857
Fax: (212) 399-8057

*Attorneys for Defendants.*

## **CERTIFICATE OF CONFERENCE**

Pursuant to Local Rule CV-7.1(h), I conferred on April 3, 2024, via telephone and email, with Geoffrey Culbertson, lead counsel for Plaintiffs regarding the extension of time requested herein, whoconfirmed that Plaintiffs do not oppose the relief sought.

*/s/ Matthew C. Acosta*
Matthew C. Acosta

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 4, 2024, a true and correct copy of the above foregoing document was served on the counsel of record via the Court's CM/ECF system.

*/s/ Matthew C. Acosta*
Matthew C. Acosta
