# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HANSHOW TECHNOLOGY CO., LTD. AND SHANGHAI HANSHI INFORMATION TECHNOLOGY CO., LTD<br><br>    Plaintiffs,<br><br>v.<br><br>SES-IMAGOTAG SA, SES-IMAGOTAG GMBH AND CAPTANA GMBH<br><br>    Defendants. | Case No. 2:23-cv-00617-RWS-RSP |

## ORDER

Before the Court is Defendants' Unopposed Motion for Extension of Time to Answer or Otherwise Plead. After reviewing the Motion it is hereby **ORDERED** that Defendants' Unopposed Motion for Extension of Time to Answer or Otherwise Plead to Plaintiff's Complaint is **GRANTED** and Defendants' time to file its answer and/or responsive pleading(s) to Plaintiffs' Complaint is extended until April 25, 2024.