# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HANSHOW TECHNOLOGY CO., LTD., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SES-IMAGOTAG SA et al, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 2:23-cv-00617-RWS-RSP |

## NOTICE OF APPEARANCE OF COUNSEL

Defendants SES-imagotag SA, SES-imagotag GmbH, and Captana GmbH (collectively, "Defendants"), file this Notice of Appearance, and hereby notify the Court that Eric H. Findlay, of the law firm Findlay Craft, P.C., 7270 Crosswater Ave., Suite B, Tyler, TX 75703, Telephone (903) 534-1100, Fax (903) 534-1137, E-mail: efindlay@findlaycraft.com has entered this action as counsel for Defendants. In connection with this notice, Mr. Findlay requests that all future pleadings and other papers filed under Fed. R. Civ. P. 5 be served on him at the above address and contact information.

Dated: April 4, 2024

Respectfully submitted,

By: /s/ *Eric H. Findlay*
Eric H. Findlay
State Bar No. 00789886
FINDLAY CRAFT, P.C.
7270 Crosswater Ave.
Suite B
Tyler, TX  75703
(903) 534-1100
(903) 534-1137 FAX
efindlay@findlaycraft.com

## CERTIFICATE OF SERVICE

    I hereby certify that on April 4, 2024, I electronically filed the foregoing **NOTICE OF APPEARANCE OF COUNSEL** with the Clerk of the Court using the CM/ECF system which will send notification of such filing *via* electronic mail to all counsel of record.

                                    /s/ *Eric H. Findlay*
                                    Eric H. Findlay