UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 2:23-cv-00617

Name of party requesting extension: Captana GMBH, SES-imagotag GmbH, and SES-imagota SA

Is this the first application for extension of time in this case?  ☑ Yes  ☐ No

If no, please indicate which application this represents:  ☐ Second  ☐ Third  ☐ Other _____

Date of Service of Summons: 01/09/2024

Number of days requested:  ☐ 30 days
　　　　　　　　　　　　　☐ 15 days
　　　　　　　　　　　　　☑ Other 21 days

New Deadline Date: 04/25/2024  *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name: Matthew C. Acosta
State Bar No.: 24062577
Firm Name: Platt Richmond PLLC
Address: 1201 N Riverfront Blvd.
　　　　　Suite 150
　　　　　Dallas, Texas 75207
Phone: 214-559-2700
Fax: 214-559-
Email: macosta@plattrichmond.com

A certificate of conference does not need to be filed with this unopposed application.