# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| HANSHOW TECHNOLOGY CO., LTD. AND SHANGHAI HANSHI INFORMATION TECHNOLOGY CO., LTD.<br><br>　　　　Plaintiffs,<br><br>v.<br><br>SES-IMAGOTAG SA, SES-IMAGOTAG GMBH AND CAPTANA GMBH<br><br>　　　　Defendants. | Civil Action No. 2:23-cv-00617 |

## NOTICE OF APPEARANCE FOR BOYD CLOERN

Plaintiffs Hanshow Technology Co., Ltd and Shanghai Hanshi Information Technology Co., Ltd file this Notice of Appearance and hereby notify the Court that Boyd Cloern of Steptoe LLP, 1330 Connecticut Avenue NW, Washington, DC 20036, is appearing on behalf of Hanshow Technology Co., Ltd and Shanghai Hanshi Information Technology Co., Ltd in the above referenced matter.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　Boyd Cloern

Dated: April 17, 2024　　　　By:　　*/s/ Boyd Cloern*
　　　　　　　　　　　　　　　　　　　Boyd Cloern
　　　　　　　　　　　　　　　　　　　DC Bar No. 471829
　　　　　　　　　　　　　　　　　　　STEPTOE LLP
　　　　　　　　　　　　　　　　　　　1330 Connecticut Avenue NW
　　　　　　　　　　　　　　　　　　　Washington, DC 20036
　　　　　　　　　　　　　　　　　　　Email: bcloern@steptoe.com
　　　　　　　　　　　　　　　　　　　Telephone: (202) 429-6230
　　　　　　　　　　　　　　　　　　　Facsimile:  (202) 429-3902

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record are being served with a copy of this document via ECF, as authorized by E. DIST. TEX. LOC. CT. R. CV-5(d), on this 17th day of April, 2024

                                                */s/ Boyd Cloern*
                                                Boyd Cloern