IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HANSHOW TECHNOLOGY CO., LTD. AND SHANGHAI HANSHI INFORMATION TECHNOLOGY CO., LTD.<br><br>Plaintiffs,<br><br>v.<br><br>SES-IMAGOTAG SA, SES-IMAGOTAG GMBH AND CAPTANA GMBH<br>Defendants. | Case No. 2:23-cv-00617-RWS-RSP |

## JOINT (AGREED) MOTION FOR ENTRY OF DISCOVERY ORDER

Plaintiffs Hanshow Technology Co., Ltd. and Shanghai Hanshi Information Technology Co., Ltd. and Defendants SES-Imagotag SA, SES-Imagotag GMBH, and Captana GMBH file this Joint Motion for Entry of Discovery Order in the above-captioned cases. The parties, having conferred and agreeing to all terms in the proposed Discovery Order, attached hereto as Exhibit A, respectfully request the Court grant this Motion and enter the agreed Discovery Order.

Dated: April 17, 2024

Respectfully Submitted,

*/s/ Geoff Culbertson*
Geoffrey P. Culbertson
(TX Bar No. 24045732)
**PATTON TIDWELL & CULBERTSON, LLP**
2800 Texas Boulevard
Texarkana, TX 75503
Telephone: (903) 792-7080
Facsimile: (903) 792-8233
gpc@texarkanalaw.com

Boyd Cloern
Scott Richey
Katherine D. Cappaert

**JOINT (AGREED) MOTION FOR ENTRY OF DISCOVERY ORDER** – Page 1

**Steptoe LLP**
1330 Connecticut Avenue NW
Washington, DC 20036
Telephone: (202) 429-3000
Facsimile: (202) 429-3902
bcloern@steptoe.com
srichey@steptoe.com
kcapaaert@steptoe.com

Jamie Lucia
Benjamin Ho
**Steptoe LLP**
One Market Plaza, Steuart Tower
10th Floor, Suite 1070
San Francisco, CA 94105
Telephone: (415) 365-6711
Facsimile: (415) 365-6699
jlucia@steptoe.com
bho@steptoe.com

Hao Tan (IL Bar No. 6314119)
Shen Wang (IL Bar No. 6314224)
Peter J. Curtin (IL Bar No. 6332596)
203 N. LaSalle St., Ste. 2100
Chicago, IL 60601
Phone: 312-558-1369
Fax: 312-614-1873
Shenwang@archlakelaw.com
HaoTan@archlakelaw.com
Pete_curtin@archlakelaw.com

*Attorneys for Plaintiff Hanshow Technology Co., Ltd. and Shanghai Hanshi Information Technology Co., Ltd.*

*/s/ Matthew Acosta*
Matthew C. Acosta
Texas State Bar No. 24062577
**PLATT RICHMOND PLLC**
1201 N. Riverfront Blvd., Suite 150
Dallas, TX 75207
Tel. (214) 559-2700
Fax: (214) 559-4390

Grant E. Kinsel
Washington State Bar No. 49576
**Perkins Coie LLP**
1201 Third Avenue Suite 4900
Seattle, WA 98101
Tel: (206) 359-3516
Fax: (206) 359-9000

Matthew J. Moffa
**Perkins Coie LLP**
1155 Avenue of the Americas
22nd Floor
New York, NY 10036
Tel.: (212) 261-6857
Fax: (212) 399-8057

Eric H. Findlay
State Bar No. 00789886
**FINDLAY CRAFT, P.C**.
7270 Crosswater Ave.
Suite B
Tyler, TX 75703
(903) 534-1100
(903) 534-1137 FAX
efindlay@findlaycraft.com

*Attorneys for Defendants SES-*
    *Imagotag SA, SES-Imagotag*
    *GMBH and Captana GMBH*

**JOINT (AGREED) MOTION FOR ENTRY OF DISCOVERY ORDER** – Page 3

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel in this case has complied with the meet and confer requirement set out in Local Rule CV-7(h) and that this motion is agreed to jointly by the parties and unopposed.

*/s/ Geoff Culbertson*
Geoffrey Culbertson

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served on all parties who have appeared in this case on April 17, 2024 via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Geoff Culbertson*
Geoffrey Culbertson