IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HANSHOW TECHNOLOGY CO., LTD. AND SHANGHAI HANSHI INFORMATION TECHNOLOGY CO., LTD.<br><br>Plaintiffs,<br><br>v.<br><br>SES-IMAGOTAG SA, SES-IMAGOTAG GMBH AND CAPTANA GMBH<br><br>Defendants. | Case No. 2:23-cv-00617-RWS-RSP |

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO RESET TRIAL DATE AND AMEND DOCKET CONTROL ORDER**

ON THIS DAY, came before the Court the Defendants' Motion to Reset Trial Date and Amend Docket Control Order. Having considered the Motion, and the pleadings on file, the Court finds that the Motion should in all things be GRANTED.

IT IS THEREFORE ORDERED that the Defendants' Unopposed Motion is hereby GRANTED, and therefore the Docket Control Order is entered as follows:

## PROPOSED DOCKET CONTROL ORDER

| Proposed Deadline | Event |
|---|---|
| January 12, 2026 | *Jury Selection – 9:00 a.m. in **Marshall, Texas** |
| 7 days before Jury Selection | *Defendant to disclose final invalidity theories, final prior art references/combinations, and final equitable defenses.[1] |
| 10 days before Jury Selection | *Plaintiff to disclose final election of Asserted Claims.[2] |
| December 15, 2025 | *If a juror questionnaire is to be used, an editable (in Microsoft Word format) questionnaire shall be jointly submitted to the Deputy Clerk in Charge by this date.[3] |
| December 9, 2025 | *Pretrial Conference – 9:00 a.m. in **Marshall, Texas** before Judge Roy Payne |
| December 1, 2025 | *Notify Court of Agreements Reached During Meet and Confer<br><br>The parties are ordered to meet and confer on any outstanding objections or motions *in limine*. The parties shall advise the Court of any agreements reached no later than 1:00 p.m. three (3) business days before the pretrial conference. |
| December 1, 2025 | *File Joint Pretrial Order, Joint Proposed Jury Instructions, Joint Proposed Verdict Form, Responses to Motions *in Limine*, Updated Exhibit Lists, Updated Witness Lists, and Updated Deposition Designations. |

---

[1] The proposed DCO shall include this specific deadline. The deadline shall read, "7 days before Jury Selection," and shall not include a specific date.

[2] Given the Court's past experience with litigants dropping claims and defenses during or on the eve of trial, the Court is of the opinion that these additional deadlines are necessary. The proposed DCO shall include this specific deadline. The deadline shall read, "10 days before Jury Selection," and shall not include a specific date.

[3] The Parties are referred to the Court's Standing Order Regarding Use of Juror Questionnaires in Advance of *Voir Dire*.

| | |
|---|---|
| November 25, 2025 | *File Notice of Request for Daily Transcript or Real Time Reporting.<br><br>If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and e-mail the Court Reporter, Shelly Holmes, at shelly_holmes@txed.uscourts.gov. |
| November 17, 2025 | Objections to Pretrial Disclosures.<br><br>Each party must serve a list disclosing any **objections** and the relevant grounds, including any objections under Federal Rule of Evidence 402 and 403, to:<br>(a) any other party's deposition designation;<br>(b) the admissibility of disclosed exhibits; and<br>(c) the use of any witnesses.<br><br>Any objections not so disclosed, other than objections under Rules 402 and 403 of the Federal Rules of Evidence, are waived unless excused by the Court for good cause. The parties are **ORDERED** to meet and confer to resolve any disputes before filing any objections to pretrial disclosures. |
| November 10, 2025 | Serve Objections to Rebuttal Pretrial Disclosures; and Serve Rebuttal Pretrial Disclosures |
| October 27, 2025 | Serve Pretrial Disclosures (Witness List, Deposition Designations, and Exhibit List) by the Party with the Burden of Proof. |
| October 20, 2025 | *Response to Dispositive Motions (including *Daubert* Motions). Responses to dispositive motions that were filed prior to the dispositive motion deadline, including *Daubert* Motions, shall be due in accordance with Local Rule CV-7(e), not to exceed the deadline as set forth in this Docket Control Order. Motions for Summary Judgment shall comply with Local Rule CV-56. |
| October 6, 2025 | *File Motions to Strike Expert Testimony (including *Daubert* Motions)<br><br>No motion to strike expert testimony (including a *Daubert* motion) may be filed after this date without leave of the Court. |

| | |
|---|---|
| October 6, 2025 | *File Dispositive Motions<br><br>No dispositive motion may be filed after this date without leave of the Court.<br><br>Motions shall comply with Local Rule CV-56 and Local Rule CV-7. <u>Motions to extend page limits will only be granted in exceptional circumstances. Exceptional circumstances require more than agreement among the parties.</u> |
| September 22, 2025 | Deadline to Complete Expert Discovery |
| September 5, 2025 | Serve Disclosures for Rebuttal Expert Witnesses |
| August 22, 2025 | Deadline to Complete Fact Discovery and File Motions to Compel Discovery |
| August 22, 2025 | Serve Disclosures for Expert Witnesses by the Party with the Burden of Proof |
| May 6, 2025 | Comply with P.R. 3-7 (Opinion of Counsel Defenses) |
| April 15, 2025 | *Claim Construction Hearing – 9:00 a.m. in **Marhsall, Texas** before Judge Roy Payne |
| April 1, 2025 | *Comply with P.R. 4-5(d) (Joint Claim Construction Chart) |
| March 25, 2025 | *Comply with P.R. 4-5(c) (Reply Claim Construction Brief) |
| March 18, 2025 | Comply with P.R. 4-5(b) Responsive claim construction brief and supporting evidence due. |
| March 4, 2025 | Comply with P.R. 4-5(a) (Opening Claim Construction Brief) and Submit Technical Tutorials (if any)<br><br>Good cause must be shown to submit technical tutorials after the deadline to comply with P.R. 4-5(a) |
| March 4, 2025 | Deadline to Substantially Complete Document Production and Exchange Privilege Logs |

|  | Counsel are expected to make good faith efforts to produce all required documents as soon as they are available and not wait until the substantial completion deadline. |
|---|---|
| February 18, 2025 | Comply with P.R. 4-4 (Deadline to Complete Claim Construction Discovery) |
| February 11, 2025 | File Response to Amended Pleadings |
| February 4, 2025 | Comply with P.R. 4-3 (Joint Claim Construction Statement) |
| January 28, 2025 | *File Amended Pleadings<br><br>It is not necessary to seek leave of Court to amend pleadings prior to this deadline unless the amendment seeks to assert additional patents. |
| January 14, 2025 | Comply with P.R. 4-2 (Exchange Preliminary Claim Constructions) |
| December 17, 2024 | Comply with P.R. 4-1 (Exchange Proposed Claim Terms |
| July 29, 2024 | Plaintiffs' Deadline to Respond to Defendants' Motion to Dismiss |
| July 8, 2024 | Deadline to Complete Jurisdictional Discovery |
| May 15, 2024 | Comply with Standing Order Regarding Subject-Matter Eligibility Contentions |
| May 15, 2024 | Comply with P.R. 3-3 & 3-4 Invalidity Contentions |
| April 25, 2024 | Plaintiff's Deadline to Answer or Otherwise Respond to Complaint |
| April 24, 2024 | *File Proposed Protective Order and Comply with Paragraphs 1 & 3 of the Discovery Order (Initial and Additional Disclosures)<br><br>The Proposed Protective Order shall be filed as a separate motion with the caption indicating whether or not the proposed order is opposed in any part. |

(*) indicates a deadline that cannot be changed without showing good cause.  Good cause is not shown merely by indicating that the parties agree that the deadline should be changed.