AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | | |
|---|---|---|
| HANSHOW TECHNOLOGY CO., LTD. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  2:23-CV-00617-RWS-RSP |
| SES-IMAGOTAG SA, SES-IMAGOTAG GMBH AND C | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Hanshow Technology Co.,Ltd.; Shanghai Hanshi Information Technology Co.,Ltd.

Date:  04/21/2024

*Attorney's signature*

Hao Tan (IL Bar No. 6314119)
*Printed name and bar number*

203 N LaSalle Street, Suite 2100
Chicago, IL, 60601

*Address*

haotan@archlakelaw.com
*E-mail address*

(425) 289-7858
*Telephone number*

(312) 614-1873
*FAX number*