IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HANSHOW TECHNOLOGY CO., LTD. AND SHANGHAI HANSHI INFORMATION TECHNOLOGY CO., LTD., <br><br> *Plaintiff,* <br><br> v. <br><br> SES-IMAGOTAG SA, SES-IMAGOTAG GMBH AND CAPTANA GMBH <br><br> *Defendants.* | Case No. 2:23-CV-00617-RWS-RSP |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Heather M. Crabill of Platt Richmond PLLC hereby enters her appearance as Counsel for Defendants VusionGroup SA, VusionGroup GMBH (formerly SES-IMAGOTAG SA, and SES-IMAGOTAG GMBH) and Captana GMBH (collectively, "Defendants") in the above-styled and numbered cause. Copies of all notices, orders, correspondence, and any other case-related information in this action should be provided to and served at the following address:

**HEATHER M. CRABILL**
Texas State Bar No. 24131151
hcrabill@plattrichmond.com
1201 N. Riverfront Blvd., Suite 150
Dallas, Texas 75207
214.559.2700 Main
214.559.4390 Fax

Dated: April 24, 2024

Respectfully submitted,

/s/ Heather M. Crabill
Matthew C. Acosta
Texas Bar No. 24062577
macosta@plattrichmond.com
Alex Jacobs
Texas Bar No. 24124175
ajacobs@plattrichmond.com
Heather M. Crabill
Texas State Bar No. 24131151
hcrabill@plattrichmond.com
PLATT RICHMOND PLLC
1201 N. Riverfront Blvd., Suite 150
Dallas, TX 75207
Tel. (214) 559-2700
Fax: (214) 559-4390

Grant E. Kinsel
Washington State Bar No. 49576
Perkins Coie LLP
1201 Third Avenue Suite 4900
Seattle, WA 98101
Tel: (206) 359-3516
Fax: (206) 359-9000

Eric H. Findlay
State Bar No. 00789886
Findlay Craft, P.C.
7270 Crosswater Avenue
Suite B
Tyler, TX 75703
Tel: (903) 534-1100
Fax: (903) 534-1137

*Attorneys for Defendants VusionGroup SA and VusionGroup GmbH.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 24, 2024, a true and correct copy of the above foregoing document was served on the counsel of record via the Court's CM/ECF system.

/s/ Heather M. Crabill
Heather M. Crabill