**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| HANSHOW TECHNOLOGY CO., LTD. AND SHANGHAI HANSHI INFORMATION TECHNOLOGY CO., LTD.<br><br>Plaintiffs,<br><br>v.<br><br>SES-IMAGOTAG SA, SES-IMAGOTAG GMBH AND CAPTANA GMBH<br>Defendants. | Case No. 2:23-cv-00617-RWS-RSP |

## JOINT (AGREED) MOTION FOR ENTRY OF PROTECTIVE ORDER

Plaintiffs Hanshow Technology Co., Ltd. and Shanghai Hanshi Information Technology Co., Ltd. and Defendants SES-Imagotag SA, SES-Imagotag GMBH, and Captana GMBH file this Joint (Agreed) Motion for Entry of Protective Order in the above-captioned case. The Parties have conferred and agree to all terms of the proposed Protective Order, attached hereto as Exhibit A, and respectfully request the Court grant this Motion and enter the agreed Protective Order.

Dated:  April 24, 2024                                                                  Respectfully Submitted,

*/s/ Geoffrey Culbertson*
 Boyd Cloern
 Scott Richey
 Katherine D. Cappaert
 **Steptoe LLP**
 1330 Connecticut Avenue NW
 Washington, DC 20036
 Telephone:  (202) 429-3000
 Facsimile:   (202) 429-3902
 bcloern@steptoe.com
 srichey@steptoe.com
 kcapaaert@steptoe.com

**JOINT (AGREED) MOTION FOR ENTRY OF PROTECTIVE ORDER** – Page 1

Jamie Lucia
Benjamin Ho
**Steptoe LLP**
One Market Plaza, Steuart Tower
10th Floor, Suite 1070
San Francisco, CA 94105
Telephone:  (415) 365-6711
Facsimile:   (415) 365-6699
jlucia@steptoe.com
bho@steptoe.com

Hao Tan (IL Bar No. 6314119)
Shen Wang (IL Bar No. 6314224)
Peter J. Curtin (IL Bar No. 6332596)
203 N. LaSalle St., Ste. 2100
Chicago, IL 60601
Phone: 312-558-1369
Fax: 312-614-1873
Shenwang@archlakelaw.com
HaoTan@archlakelaw.com
Pete_curtin@archlakelaw.com

Geoffrey P. Culbertson
(TX Bar No. 24045732)
**PATTON TIDWELL & CULBERTSON, LLP**
2800 Texas Boulevard
Texarkana, TX 75503
Telephone: (903) 792-7080
Facsimile: (903) 792-8233
gpc@texarkanalaw.com

*Attorneys for Plaintiff Hanshow Technology Co., Ltd. and Shanghai Hanshi Information Technology Co., Ltd.*

*/s/ Matthew C. Acosta*
Matthew C. Acosta
Texas State Bar No. 24062577
**PLATT RICHMOND PLLC**
1201 N. Riverfront Blvd., Suite 150
Dallas, TX 75207
Tel. (214) 559-2700
Fax: (214) 559-4390

Grant E. Kinsel
Washington State Bar No. 49576
**Perkins Coie LLP**
1201 Third Avenue Suite 4900
Seattle, WA 98101
Tel: (206) 359-3516
Fax: (206) 359-9000

Matthew J. Moffa
**Perkins Coie LLP**
1155 Avenue of the Americas
22nd Floor
New York, NY 10036
Tel.: (212) 261-6857
Fax: (212) 399-8057

Eric H. Findlay
State Bar No. 00789886
**FINDLAY CRAFT, P.C**.
7270 Crosswater Ave.
Suite B
Tyler, TX 75703
(903) 534-1100
(903) 534-1137 FAX
efindlay@findlaycraft.com

*Attorneys for Defendants SES-Imagotag SA, SES-Imagotag GMBH and Captana GMBH*

**JOINT (AGREED) MOTION FOR ENTRY OF PROTECTIVE ORDER** – Page 3

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel in this case has complied with the meet and confer requirement set out in Local Rule CV-7(h) and that this motion is agreed to jointly by the parties and unopposed.

*/s/ Geoffrey Culbertson*
Geoffrey Culbertson

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rules. Therefore, this document was served on all counsel who are deemed to have consented to electronic service on April 24, 2024.

*/s/ Geoffrey Culbertson*
Geoffrey Culbertson