# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | |
|---|---|
| HANSHOW TECHNOLOGY CO., LTD. et al, <br><br> Plaintiff, <br><br> v. <br><br> SES-IMAGOTAG SA et al, <br><br> Defendants. | Civil Action No. 2:23-cv-00617-RWS-RSP |

## DEFENDANTS SES-IMAGOTAG SA'S, SES-IMAGOTAG GMBH'S, AND CAPTANA GMBH'S NOTICE OF COMPLIANCE REGARDING INITIAL AND ADDITIONAL DISCLOSURES

Defendants SES-imagotag SA, SES-imagotag GmbH, and Captana GmbH (collectively, "Defendants"), provide notice to the Court regarding service of their Initial and Additional Disclosures on Plaintiffs Hanshow Technology Co., Ltd. and Shanghai Hanshi Information Technology Co., Ltd. Service was made *via* electronic mail on April 24, 2024.

Dated: April 25, 2024

Respectfully submitted,

*/s/ Eric H. Findlay*
Matthew C. Acosta
Texas State Bar No. 24062577
**PLATT RICHMOND PLLC**
1201 N. Riverfront Blvd., Suite 150
Dallas, TX 75207
Tel. (214) 559-2700
Fax: (214) 559-4390

Grant E. Kinsel
Washington State Bar No. 49576
**Perkins Coie LLP**
1201 Third Avenue Suite 4900
Seattle, WA 98101
Tel: (206) 359-3516
Fax: (206) 359-9000

Matthew J. Moffa

**Perkins Coie LLP**
1155 Avenue of the Americas
22nd Floor
New York, NY 10036
Tel.: (212) 261-6857
Fax: (212) 399-8057

Eric H. Findlay
State Bar No. 00789886
**FINDLAY CRAFT, P.C**.
7270 Crosswater Ave.
Suite B
Tyler, TX 75703
(903) 534-1100
(903) 534-1137 FAX
efindlay@findlaycraft.com

*Attorneys for Defendants SES-Imagotag SA,*
 *SES-Imagotag GMBH and Captana GMBH*

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was electronically filed with the Clerk of Court using the CM/ECF filing system, which will generate and send an e-mail notification of said filing to all counsel of record, on this the 25th day of April, 2024.

>  */s/ Eric H. Findlay*
>     Eric H. Findlay