IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HANSHOW TECHNOLOGY CO., LTD. AND SHANGHAI HANSHI INFORMATION TECHNOLOGY CO., LTD.<br><br>Plaintiffs,<br><br>v.<br><br>SES-IMAGOTAG SA, SES-IMAGOTAG GMBH AND CAPTANA GMBH<br><br>Defendants. | Civil Action No. 2:23-cv-00617 |

**PLAINTIFFS' NOTICE OF COMPLIANCE**

Pursuant to the Court's Order (Dkt No. 17) and Paragraphs 1 and 3 of the Discovery Order (Dkt No. 29) Plaintiffs Hanshow Technology Co., Ltd. and Shanghai Hanshi Information Technology Co., Ltd. (collectively "Hanshow" or "Plaintiffs") file this Notice of Compliance hereby informing the Court that the Plaintiffs served their Initial and Additional Disclosures on Defendants SES-Imagotag SA, SES-Imagtotag GMBH and Captana GMBH (collectively "Defendants") on April 24, 2024, through counsel of record for Defendants. Service was made via electronic mail.

1

| | |
|---|---|
| Dated on this 25th day of April 2024. | Respectfully submitted,<br><br>/s/ Katherine D. Cappaert<br>Boyd Cloern<br>Scott Richey<br>Katherine D. Cappaert<br>**Steptoe LLP**<br>1330 Connecticut Avenue NW<br>Washington, DC 20036<br>Telephone:  (202) 429-3000<br>Facsimile:   (202) 429-3902<br>bloern@steptoe.com<br>srichey@steptoe.com<br><br>Jamie Lucia<br>Benjamin Ho<br>**Steptoe LLP**<br>One Market Plaza, Steuart Tower<br>10th Floor, Suite 1070<br>San Francisco, CA 94105<br>Telephone:  (415) 365-6711<br>Facsimile:   (415) 365-6699<br>jlucia@steptoe.com<br>bho@steptoe.com<br><br>Hao Tan (IL Bar No. 6314119)<br>Shen Wang (IL Bar No. 6314224)<br>Peter J. Curtin (IL Bar No. 6332596)<br>203 N. LaSalle St., Ste. 2100<br>Chicago, IL 60601<br>Phone: 312-558-1369<br>Fax: 312-614-1873<br>Shenwang@archlakelaw.com<br>HaoTan@archlakelaw.com<br>Pete_curtin@archlakelaw.com<br><br>*Attorneys for Plaintiff Hanshow Technology Co., Ltd. and Shanghai Hanshi Information Technology Co., Ltd.* |

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record are being served with a copy of this document via ECF, as authorized by E. DIST. TEX. LOC. CT. R. CV-5(d), on this 25th day of April, 2024

*/s/ Katherine D. Cappaert*
Katherine D. Cappaert