# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| HANSHOW TECHNOLOGY CO., LTD. AND SHANGHAI HANSHI INFORMATION TECHNOLOGY CO., LTD<br><br>    Plaintiffs,<br><br>v.<br><br>SES-IMAGOTAG SA, SES-IMAGOTAG GMBH AND CAPTANA GMBH<br><br>    Defendants. | §§§§§§§§§§§§§§ | Case No. 2:23-cv-00617-RWS-RSP |

**DECLARATION OF JESSICA VITTORIO**

1. My name is Jessica Vittorio. I am over the age of 21 years old, and I have never been convicted of a felony. I am of sound mind, and I am otherwise competent to make this Declaration. For the limited purpose of stating facts in support of VusionGroup GmnH's Motion to Dismiss for Lack of Personal Jurisdiction, I have been designated as the corporate representative of VusionGroup GmbH. The facts stated in this Declaration are within my personal knowledge and are true and correct.

2. I oversee all legal aspects of commercial activities and operations for VusionGroup SA in the United States. Because of this, I have working knowledge of how sales are effectuated amongst the defendants and other affiliates of VusionGroup SA, including the structure of those companies, and the manufacturing, customs, and other logistics involved in U.S. sales of the accused products in this case.

3. VusionGroup SA (f/k/a SES-imagotag SA) is a French corporation and the parent company of Defendant VusionGroup GmbH.

4. VusionGroup GmbH (formerly SES-imagotag GmbH) is a corporation organized and existing under the laws of Austria.

5. VusionGroup GmbH, although wholly owned by Vusion Group SA, is a legally distinct entity from Defendants VusionGroup SA (formally SES-imagotag SA) and Captana GmbH.

6. VusionGroup GmbH's primary business is researching, developing, and licensing intellectual property, and not selling products.

7. VusionGroup GmbH does not make, sell, offer to sell, or import any accused products in the United States or the State of Texas.

8. VusionGroup GmbH does not have a place of business or employees in the United States or the State of Texas

9. My name is Jessica Vittorio. My date of birth is February 6, 1991. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on the 25th day of _____ 2024.

_____
Jessica Vittorio

---

**DECLARATION OF JESSICA VITTORIO**
**ON BEHALF OF VUSIONGROUP GMBH**                                   PAGE 2