IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HANSHOW TECHNOLOGY CO., LTD. AND SHANGHAI HANSHI INFORMATION TECHNOLOGY CO., LTD., <br><br>　　*Plaintiff,* <br><br>v. <br><br>SES-IMAGOTAG SA, SES-IMAGOTAG GMBH AND CAPTANA GMBH <br><br>　　*Defendants.* | § § § § § § § § § § § § § § Case No. 2:23-CV-00617-RWS-RSP |

## ORDER

Before the Court is Defendants VusionGroup GmbH (f/k/a SES-imagotag GmBH) and Captana GmbH's (collectively, the "Moving Defendants") Motion to Dismiss Plaintiffs' Complaint Pursuant to Fed. R. Civ. P. 12(b)(2) (the "Motion"). After reviewing the Motion, response thereto, the pleadings, and arguments of counsel, if any, the Court is of the opinion that the Motion should be **GRANTED**. The Court hereby orders that the Moving Defendants' Motion should be in all things **GRANTED** in its entirety, and that Defendants VusionGroup GmbH (f/k/a SES-imagotag GmBH) and Captana GmbH are dismissed with prejudice.