IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HANSHOW TECHNOLOGY CO., LTD. AND SHANGHAI HANSHI INFORMATION TECHNOLOGY CO., LTD., <br><br> *Plaintiff,* <br><br> v. <br><br> SES-IMAGOTAG SA, SES-IMAGOTAG GMBH AND CAPTANA GMBH <br><br> *Defendants.* | § § § § § § § § § § § § § § § Case No. 2:23-CV-00617-RWS-RSP |

**DEFENDANTS SES-IMAGOTAG SA, SES-IMAGOTAG GMBH AND CAPTANA GMBH'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants disclose the following information: VusionGroup SA (f/k/a SES-imagotag SA) is a public nongovernmental party. VusionGroup GmbH (f/k/a SES-imagotag GmbH) and Captana GmbH are private non-governmental parties. VusionGroup GmbH and Captana GmbH are wholly owned subsidiaries of VusionGroup SA.  VusionGroup SA is a publicly traded corporation on the Euronext exchange. Entities that own more than 10 percent of the capital and voting rights of VusionGroup SA include BOE Smart Retail (Hong Kong) Co., Limited and SESIM. BOE Smart Retail (Hong Kong) Co., Limited is a wholly owned subsidiary of BOE Technology (HK) Limited. SESIM's share capital is held by VusionGroup SA's and affiliate's management teams.

Dated:  April 25, 2024          Respectfully submitted,

/s/ Matthew C. Acosta
Matthew C. Acosta
Texas Bar No. 24062577
macosta@plattrichmond.com
Alex Jacobs
Texas Bar No. 24124175
ajacobs@plattrichmond.com
Heather M. Crabill
Texas State Bar No. 24131151
hcrabill@plattrichmond.com
PLATT RICHMOND PLLC
1201 N. Riverfront Blvd., Suite 150
Dallas, TX 75207
Tel. (214) 559-2700
Fax: (214) 559-4390

Grant E. Kinsel
Washington State Bar No. 49576
Perkins Coie LLP
1201 Third Avenue Suite 4900
Seattle, WA 98101
Tel: (206) 359-3516
Fax: (206) 359-9000

Matthew J. Moffa
New York Bar No. 5045067
Perkins Coie LLP
1155 Avenue of the Americas, 22nd FL
New York, NY 10036
Tel. (212) 261-6857
Fax: (212) 399-8057

Eric H. Findlay
State Bar No. 00789886
Findlay Craft, P.C.
7270 Crosswater Avenue
Suite B
Tyler, Texas 75703
Tel: (903) 534-1100
Fax: (903) 534-1137

*Attorneys for Defendants VusionGroup SA, VusionGroup GmbH, and Captana GmbH.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 25, 2024, a true and correct copy of the above foregoing document was served on the counsel of record via the Court's CM/ECF system.

                                                     */s/ Matthew C. Acosta*
                                                   MATTHEW C. ACOSTA