IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HANSHOW TECHNOLOGY CO., LTD and SHANGHAI HANSHI INFORMATION TECHNOLOGY CO., LTD., <br><br> Plaintiffs, <br> v. <br><br> SES-IMAGOTAG SA, SES-IMAGOTAG GMBH and CAPTANA GMBH, <br><br> Defendants. | Civil Action No. 2:23-cv-00617-RWS-RSP |

**NOTICE OF APPEARANCE OF COUNSEL**

Notice is hereby given that David R. Pekarek Krohn of Perkins Coie LLP is admitted in the United States District Court for the Eastern District of Texas and hereby enters his appearance on behalf of the following Defendants:

SES-Imagotag SA

SES-Imagotag GmbH

Captana GmbH

1

Dated: April 26, 2024

Respectfully submitted,

/s/*David R. Pekarek Krohn*

DAVID R. PEKAREK KROHN
WI Bar No. 1092062
DPekarekkrohn@perkinscoie.com
PERKINS COIE LLP
33 East Main Street, Suite 201
Madison, WI 53703
Phone: (608) 663-7460
Fax: (608) 663-7499

*Attorney for Defendants SES-Imagotag SA, SES-Imagotag GmbH, and Captana GmbH*

## **CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the above and foregoing has been filed and served upon all counsel of record, via the Court's CM/ECF system, as authorized by E. DIST. TEX. LOC. CT. R. CV-5(d) on this the 26th day of April, 2024.

*/s/ David R. Pekarek Krohn*
