IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HANSHOW TECHNOLOGY CO., LTD., AND SHANGHAI HANSHI INFORMATION TECHNOLOGY CO., LTD<br><br>Plaintiffs,<br><br>v.<br><br>SES-IMAGOTAG SA, SES-IMAGOTAG GMBH AND CAPTANA GMBH<br><br>Defendants. | Case No. 2:23-cv-00617-RWS-RSP |

**DEFENDANTS' UNOPPOSED MOTION TO REVISE CASE CAPTION
TO REFLECT DEFENDANTS' CORPORATE NAME CHANGE**

Defendants VusionGroup SA (fka SES-imagotag SA) and VusionGroup GmbH (fka SES-imagotag GmbH) ("Defendants"), by and through their counsel, file the foregoing Unopposed Motion to Amend Docket Control Caption, and in support thereof show as follows:

1. On December 19, 2023, Plaintiffs Hanshow Technology Co., Ltd., and Shanghai Hanshi Information Technology Co. Ltd. ("Plaintiffs") filed the Complaint in this action (Dkt. 1).

2. On December 18, 2023, SES-Imagotag SA filed a registration document with the Greffe du Tribunal de Commercede Nanterre in Nanterre, France changing its name to VusionGroup SA. *See* Ex. 1 (VusionGroup SA Registration).

3. On December 19, 2023, SES-Imagotag GmbH filed a registration document in Graz, Austria changing its name to VusionGroup GmbH. *See* Ex. 2 (VusionGroup GmbH Registration).

4. Before these registrations were filed, Defendants were known as SES-Imagotag SA and SES-Imagotag GmbH

5. These changes affect only the names of the respective Defendants; their corporate organization structure remains unchanged.

6. Accordingly, Defendants request that the Court amend the case caption to reflect Defendants' new names as VusionGroup SA and VusionGroup GmbH. *See* FED. R. CIV. P. 10(A) ("The title of the complaint must name all the parties[.]").

7. Counsel for Plaintiff has informed Defendants' counsel that Plaintiff is unopposed to Defendants' motion.

Dated: April 29, 2024                    Respectfully submitted,

                                                            */s/ Matthew C. Acosta*
Matthew C. Acosta
Texas State Bar No. 24062577
PLATT RICHMOND PLLC
1201 N. Riverfront Blvd., Suite 150
Dallas, TX 75207
Tel. (214) 559-2700
Fax: (214) 559-4390

Grant E. Kinsel
Washington State Bar No. 49576
Perkins Coie LLP
1201 Third Avenue Suite 4900
Seattle, WA 98101
Tel: (206) 359-3516
Fax: (206) 359-9000

Matthew J. Moffa
New York State Bar No. 5045067
Perkins Coie LLP
1155 Avenue of the Americas, 22nd Floor
New York, NY 10036

Eric H. Findlay
State Bar No. 00789886
Findlay Craft, P.C.
7270 Crosswater Avenue
Suite B
Tyler, Texas 75703
Tel: (903) 534-1100
Fax: (903) 534-1137

*Attorneys for Defendants VusionGroup SA, VusionGroup GmbH, and Captana GmbH.*

## CERTIFICATE OF SERVICE

  The undersigned counsel for Defendants does hereby certify that this pleading was served on all counsel of record on April 29, 2024 by the Court's ECF system.

               */s/ Matthew C. Acosta*
               MATTHEW C. ACOSTA

## CERTIFICATE OF CONFERENCE

  The undersigned hereby certifies that Counsel for Defendants and Counsel for Plaintiff met and conferred on April 29, 2024, and Plaintiff is unopposed.

               */s/ Matthew C. Acosta*
               MATTHEW C. ACOSTA