# EXHIBIT 1

Greffe du Tribunal de Commerce de Nanterre
4 RUE PABLO NERUDA
92020 NANTERRE CEDEX

N° de gestion 2015B00152

Code de vérification : dlA4RgOpyR
https://controle.infogreffe.fr/controle



*Extrait Kbis*

## EXTRAIT D'IMMATRICULATION PRINCIPALE AU REGISTRE DU COMMERCE ET DES SOCIETES
à jour au 18 décembre 2023

**IDENTIFICATION DE LA PERSONNE MORALE**

| | |
|---|---|
| *Immatriculation au RCS, numéro* | 479 345 464 R.C.S. Nanterre |
| *Date d'immatriculation* | 08/01/2015 |
| *Transfert du* | R.C.S. de Pontoise en date du 01/01/2015 |
| *Dénomination ou raison sociale* | **VusionGroup** |
| *Forme juridique* | Société anonyme |
| *Capital social* | 31 917 316,00 Euros |
| *Adresse du siège* | 55 PL Nelson Mandela 92000 Nanterre |
| *Activités principales* | La conception, l'étude, le développement, l'industrialisation et la commercialisation, sous toutes ses formes, de tous systèmes d'étiquetage, de signalisation, d'information, de commnication, électronique ou non, et de leurs utilisations. La création, l'acquisition, la location, la prise à bail, l'installation, l'exploitation de tous établissements, fonds de commerce, usines, ateliers se rapportant à ces activités, et ce directement ou indirectement et notamment par la concession de licence ou de franchise. |
| *Durée de la personne morale* | Jusqu'au 05/11/2103 |
| *Date de clôture de l'exercice social* | 31 décembre |

**GESTION, DIRECTION, ADMINISTRATION, CONTROLE, ASSOCIES OU MEMBRES**

*Président du conseil d'administration - Administrateur*
| | |
|---|---|
| *Nom, prénoms* | GADOU Thierry Martial |
| *Date et lieu de naissance* | Le 28/09/1966 à Bordeaux  (33) |
| *Nationalité* | Française |
| *Domicile personnel* | 37 Rue de Turenne 75003 Paris 3e Arrondissement |

*Directeur général*
| | |
|---|---|
| *Nom, prénoms* | GADOU Thierry Martial |
| *Date et lieu de naissance* | Le 28/09/1966 à Bordeaux  (33) |
| *Nationalité* | Française |
| *Domicile personnel* | 37 Rue de Turenne 75003 Paris 3e Arrondissement |

*Administrateur*
| | |
|---|---|
| *Nom, prénoms* | YE Fangqi |
| *Date et lieu de naissance* | Le 01/04/1969 à Tianjin   (CHINE) |
| *Nationalité* | Chinoise |
| *Domicile personnel* | Chaoyang District Building 607 Wangjing Dongyuan Beijing  (CHINE) |

*Administrateur*
| | |
|---|---|
| *Nom, prénoms* | JOHNSON Candace Maria |
| *Date et lieu de naissance* | Le 20/12/1952 à WASHINGTON D.C.   (ETATS-UNIS D'AMERIQUE) |
| *Nationalité* | Américaine (Etats Unis) |
| *Domicile personnel* | 11105 Bellavista Drive POTOMAC MARYLAND  (ETATS-UNIS D'AMERIQUE) |

*Administrateur*
| | |
|---|---|
| *Nom, prénoms* | PLOIX Hélène |
| *Date et lieu de naissance* | Le 25/09/1944 à Anould  (88) |
| *Nationalité* | Française |
| *Domicile personnel* | 42 Quai des Orfèvres 75001 Paris 1er Arrondissement |

*Administrateur*
| | |
|---|---|
| *Nom, prénoms* | HE Cenhui |

Greffe du Tribunal de Commerce de Nanterre
4 RUE PABLO NERUDA
92020 NANTERRE CEDEX

N° de gestion 2015B00152

| | |
|---|---|
| *Date et lieu de naissance* | Le 09/07/1987 à HUNAN   (CHINE) |
| *Nationalité* | Chinoise |
| *Domicile personnel* | no. 12 Xihuanzhonglu, Bda 99  (CHINE) |

**Administrateur**

| | |
|---|---|
| *Nom, prénoms* | MOISON Franck |
| *Date et lieu de naissance* | Le 27/09/1953 à Nantes  (44) |
| *Nationalité* | Française |
| *Domicile personnel* | 993 Park Avenue 10028 New-York  (ETATS-UNIS D'AMERIQUE) |

**Administrateur**

| | |
|---|---|
| *Nom, prénoms* | BRABECK-LETMATHE Peter |
| *Date et lieu de naissance* | Le 13/11/1944 à Villach   (AUTRICHE) |
| *Nationalité* | Autrichienne |
| *Domicile personnel* | Route du Golf 92 1936 Verbier  (SUISSE) |

**Administrateur**

| | |
|---|---|
| *Nom, prénoms* | YAO Xiangjun |
| *Date et lieu de naissance* | Le 02/01/1977 à Zhejiang   (CHINE) |
| *Nationalité* | Chinoise |
| *Domicile personnel* | 12 XIHUAN MIDDLE RD DAXING DISTRICT BEIJINGA  (CHINE) |

**Commissaire aux comptes titulaire**

| | |
|---|---|
| *Dénomination* | KPMG S.A |
| *Forme juridique* | Société anonyme |
| *Adresse* | -Tour Eqho 2 Avenue Gambetta 92066 Paris La Défense Cedex |
| *Immatriculation au RCS, numéro* | 775 726 417 RCS Nanterre |

**Commissaire aux comptes titulaire**

| | |
|---|---|
| *Dénomination* | DELOITTE & ASSOCIES |
| *Forme juridique* | Société par actions simplifiée |
| *Adresse* | 6 Place de la Pyramide 92908 Paris La Défense Cedex |
| *Immatriculation au RCS, numéro* | 572 028 041 RCS Nanterre |

## RENSEIGNEMENTS RELATIFS A L'ACTIVITE ET A L'ETABLISSEMENT PRINCIPAL

| | |
|---|---|
| *Adresse de l'établissement* | 55 PL Nelson Mandela 92000 Nanterre |
| *Activité(s) exercée(s)* | La conception, l'étude, le développement, l'industrialisation et la commercialisation, sous toutes ses formes, de tous systèmes d'étiquetage, de signalisation, d'information, de commnication, électronique ou non, et de leurs utilisations. La création, l'acquisition, la location, la prise à bail, l'installation, l'exploitation de tous établissements, fonds de commere, usines, ateliers se rapportant à ces activités, et ce directement ou indirectement et notamment par la concession de licence ou de franchise. |
| *Date de commencement d'activité* | 02/11/2004 |
| *Origine du fonds ou de l'activité* | Création |
| *Mode d'exploitation* | Exploitation directe |

## IMMATRICULATION HORS RESSORT

*R.C.S. Pontoise*

## OBSERVATIONS ET RENSEIGNEMENTS COMPLEMENTAIRES

| | |
|---|---|
| *- Mention du 18/07/2007* | Réalisation de la Fusion Absorption de la Société SES ELECTRONIC SHELF LABEL Société Anonyme 1-7 rue Henri de France 95870 Bezons RCS Pontoise 379 706 906 à compter du 16/05/2007 |
| *- Mention du 07/12/2007* | Modification de l'activité suite à la fusion-absorption de STORE ELECTRONIC SHELF LABEL, RCS 379 706 906. |

Greffe du Tribunal de Commerce de Nanterre
4 RUE PABLO NERUDA
92020 NANTERRE CEDEX

N° de gestion 2015B00152

- *Mention du 08/01/2015*                La société ne conserve aucune activité à son ancien siège

Le Greffier



FIN DE L'EXTRAIT

