# EXHIBIT 2

**Datenquelle: Republik Österreich (vertreten durch BMJ)**



---

**Stichtag 19.12.2023**  |  **aktuelle Firmenbuchdaten**  |  **FN 350927 w**

---

Grundlage dieses Auszuges ist das Hauptbuch ergänzt um Daten aus der Urkunden-
sammlung.
Letzte Eintragung, exklusiv historischer (gelöschter) Daten, am 16.12.2023 mit
der Eintragungsnummer  28
zuständiges Gericht Landesgericht für Zivilrechtssachen Graz


      FIRMA
28     VusionGroup GmbH


      RECHTSFORM
 1    Gesellschaft mit beschränkter Haftung


      SITZ in
22     politischer Gemeinde Fernitz-Mellach


      GESCHÄFTSANSCHRIFT
22     Kalsdorferstraße 12
      8072 Fernitz-Mellach


      GESCHÄFTSZWEIG
 1    Soft- und Hardware


      KAPITAL
10     EUR 49.903,63


      STICHTAG für JAHRESABSCHLUSS
 1    31. Dezember


      JAHRESABSCHLUSS (zuletzt eingetragen; weitere siehe Historie)
27     zum 31.12.2022 eingereicht am 05.05.2023


      VERTRETUNGSBEFUGNIS
 1    Die Gesellschaft wird, wenn mehrere Geschäftsführer
      bestellt sind, durch zwei Geschäftsführer gemeinsam oder
      durch einen von ihnen gemeinsam mit einem Prokuristen
      vertreten.
      Die Generalversammlung kann, auch wenn mehrere Geschäfts-
      führer bestellt sind, einzelnen von ihnen selbständige
      Vertretungsbefugnis erteilen.

```
1   Gesellschaftsvertrag  vom 26.08.2010                              001
      Nachtrag vom 10.09.2010


2   Generalversammlungsbeschluss  vom 02.11.2010                      002
      Änderung des Gesellschaftsvertrages im Punkt Zweitens.


6   Generalversammlungsbeschluss  vom 24.10.2011                      003
      Kapitalerhöhung um EUR 9.100,--.
      Änderung des Gesellschaftsvertrages in den Punkten Erstens,
      Sechstens und Zwölftens.


7   Generalversammlungsbeschluss  vom 19.12.2011                      004
      Kapitalerhöhung um EUR 1.000,- .
      Änderung des Gesellschaftsvertrages im Punkt Sechstens


7   Einbringungsvertrag  vom 19.12.2011                               005
      Einbringung der
      MR-Development OG
      (FN 346907 h)
      gem. § 142 UGB


10  Generalversammlungsbeschluss  vom 14.02.2014                      006
      Kapitalerhöhung um EUR 3.803,63
      Änderung des Gesellschaftsvertrages in Punkt Sechstens
      und Punkt Sechzehntens


13  Generalversammlungsbeschluss  vom 22.05.2014                      007
      Neufassung des Gesellschaftsvertrages


18  Generalversammlungsbeschluss  vom 07.12.2016                      008
      Änderung des Gesellschaftsvertrages im Punkt Erstens
      Absatz (1).


22  Generalversammlungsbeschluss  vom 16.04.2019                      009
      Änderung des Gesellschaftsvertrages im Punkt Erstens
      Absatz (2).


28  Generalversammlungsbeschluss  vom 24.11.2023                      010
      Änderung des Gesellschaftsvertrages in Punkt Erstens Absatz
      (1) sowie Löschung der Punkte Fünftens Absatz (6), Neuntens
      und Zehntens und Abänderung der fortlaufenden Nummerierung.



    GESCHÄFTSFÜHRER/IN (handelsrechtlich)
     A  Ing. Andreas Rößl, geb. 26.02.1984
1       vertritt seit 14.09.2010 selbständig
```

```
        B   DI Dr. Michael Moosburger, geb. 10.11.1960
   1        vertritt seit 14.09.2010 selbständig
        G   Thierry Gadou, geb. 28.09.1966
  13        vertritt seit 22.05.2014 selbständig


       PROKURIST/IN
        H   DI Dr. Christian Weißensteiner, geb. 15.07.1982
  17        vertritt seit 31.08.2016 selbständig


       GESELLSCHAFTER/IN            STAMMEINLAGE          HIERAUF GELEISTET
        F   SES-imagotag S.A.
  15        ...................... EUR 49.903,63
  15        ............................................. EUR 49.903,63
                        ---------------------------------------------------
                        Summen:          EUR 49.903,63          EUR 49.903,63
```

```
 --- PERSONEN ---------------------------------------------------------------


   1    A   Ing. Andreas Rößl, geb. 26.02.1984
   1        Kirchberg 108
            8591 Maria Lankowitz
   1    B   DI Dr. Michael Moosburger, geb. 10.11.1960
   1        Lerchenstraße 8a
            8072 Fernitz
  19    F   SES-imagotag S.A.
  19        (Handelsregister Nanterre 479 345 464)
            Sitz in Nanterre
  15        55, Place Nelson Mandela
            FRA-92000 Nanterre
  13    G   Thierry Gadou, geb. 28.09.1966
  17        37 rue de Turenne
            FRA-75003 Paris
  17    H   DI Dr. Christian Weißensteiner, geb. 15.07.1982
  17        Neupauerweg 27A
            8052 Graz
```

```
 -------------------- VOLLZUGSÜBERSICHT -----------------------------------------


Landesgericht für ZRS Graz


 1 eingetragen am 14.09.2010              Geschäftsfall  50 Fr  3074/10 d
     Antrag auf Neueintragung einer Firma eingelangt am 30.08.2010
 2 eingetragen am 12.11.2010              Geschäftsfall  50 Fr  4304/10 m
```

```
              Antrag auf Änderung eingelangt am 08.11.2010
  6 eingetragen am 03.11.2011              Geschäftsfall  50 Fr  6276/11 x
              Antrag auf Änderung eingelangt am 28.10.2011
  7 eingetragen am 20.01.2012              Geschäftsfall  50 Fr  6934/11 p
              Antrag auf Änderung eingelangt am 27.12.2011
 10 eingetragen am 27.02.2014              Geschäftsfall  50 Fr   613/14 w
              Antrag auf Änderung eingelangt am 25.02.2014
 13 eingetragen am 25.06.2014              Geschäftsfall  50 Fr  2245/14 w
              Antrag auf Änderung eingelangt am 23.06.2014
 15 eingetragen am 08.04.2016              Geschäftsfall  50 Fr  1172/16 i
              Antrag auf Änderung eingelangt am 30.03.2016
 17 eingetragen am 21.10.2016              Geschäftsfall  50 Fr  5816/16 p
              Antrag auf Änderung eingelangt am 17.10.2016
 18 eingetragen am 10.02.2017              Geschäftsfall  50 Fr   361/17 a
              Antrag auf Änderung eingelangt am 06.02.2017
 19 eingetragen am 14.02.2017              Geschäftsfall  50 Fr   372/17 t
              Antrag auf Änderung eingelangt am 07.02.2017
 22 eingetragen am 24.05.2019              Geschäftsfall  50 Fr  1808/19 x
              Antrag auf Änderung eingelangt am 20.05.2019
 27 eingetragen am 25.11.2023              Geschäftsfall  50 Fr  2546/23 t
              Elektronische Einreichung Jahresabschluss eingelangt am 05.05.2023
 28 eingetragen am 16.12.2023              Geschäftsfall  85 Fr  2680/23 x
              Antrag auf Änderung eingelangt am 14.12.2023




  -------------- INFORMATION DER ÖSTERREICHISCHEN NATIONALBANK  ----------------

  zum 19.12.2023 gültige Identnummer: 10069828


  ---------- BUSINESS REGISTER INTERCONNECTION SYSTEM IDENTIFIKATION -----------

  zum 19.12.2023 gültige EUID: ATBRA.350927-000
```

**Erstellt am: 19.12.2023        Bereitgestellt von ADVOKAT Unternehmensberatung. Kein amtliches Dokument.**