IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HANSHOW TECHNOLOGY CO., LTD., AND SHANGHAI HANSHI INFORMATION TECHNOLOGY CO., LTD<br><br>Plaintiffs,<br><br>v.<br><br>SES-IMAGOTAG SA, SES-IMAGOTAG GMBH AND CAPTANA GMBH<br><br>Defendants. | §§§§§§§§§§§§§§§§§§ Case No. 2:23-cv-00617-RWS-RSP |

**ORDER GRANTING DEFENDANTS' MOTION TO REVISE CAPTION
TO REFLECT DEFENDANTS' CORPORATE NAME CHANGE**

ON THIS DAY, came before the Court Defendants' Motion to Revise Caption to Reflect Defendants' Corporate Name Change. Having considered the Motion, and the pleadings on file, the Court finds that the Motion should in all things be GRANTED.

IT IS THEREFORE ORDERED that Defendants' Motion is hereby GRANTED, and the Clerk is directed to modify the party names from SES-Imagotag SA to VusionGroup SA and SES-Imagotag GmbH to VusionGroup GmbH in the official caption of the case.