IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| HANSHOW TECHNOLOGY CO., LTD. and SHANGHAI HANSHI INFORMATION TECHNOLOGY CO., LTD., | § § § § § § § § § § § § § | CIVIL ACTION NO. 2:23-cv-00617-RWS-RSP |
| *Plaintiffs*, | | |
| v. | | |
| SES-IMAGOTAG SA *et al.*, | | |
| *Defendants*. | | |

## ORDER

Before the Court is the Unopposed Motion to Revise Case Caption to Reflect Defendants' Corporate Name Change filed by Defendants VusionGroup SA (fka SES-imagotag SA) and VusionGroup GmbH (fka SESimagotag GmbH) ("Defendants"). **Dkt. No. 42.** The Court finds that revising the case caption would only create confusion with regards to the docket. Accordingly, the Motion is **DENIED**. The Court notes that the revised corporate name can be used on any documents provided to the jury at trial to reduce any confusion at that stage.

**SIGNED this 30th day of April, 2024.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE

1