**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| HANSHOW TECHNOLOGY CO., LTD. AND | ) | |
| SHANGHAI HANSHI INFORMATION | ) | |
| TECHNOLOGY CO., LTD. | ) | Case No. 2:23-cv-00617-RWS-RSP |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SES-IMAGOTAG SA, SES-IMAGOTAG GMBH | ) | |
| AND CAPTANA GMBH | ) | |
| Defendants. | | |

**UNOPPOSED MOTION TO SET BRIEFING SCHEDULE ON DEFENDANT SES-IMAGOTAG GMBH'S AND CAPTANA GMBH'S MOTION TO DISMISS (DKT. 38)**

Plaintiffs Hanshow Technology Co., Ltd. and Shanghai Hanshi Information Technology Co., Ltd. respectfully request entry of the attached order setting the briefing schedule on Defendant SES-Imagotag GMBH's and Captana GMBH's Motion to Dismiss Plaintiffs' Complaint Pursuant to Fed. R. Civ. P. 12(b)(2) (Dkt. 38).

Defendants SES-Imagotag GMBH and Captana GMBH (collectively, the "Moving Defendants") filed their Motion on April 25, 2024.  Plaintiffs' current deadline to respond is May 9, 2024 and the Moving Defendants' reply deadline is May 16, 2024.  The parties have conferred and stipulate to the following proposed schedule, which includes a deadline for completing jurisdictional discovery:

**July 8, 2024 –** Deadline for Plaintiffs to Complete Jurisdictional Discovery

**July 29, 2024** – Plaintiffs shall respond to the Moving Defendants' Motion to Dismiss

The proposed schedule will enable them to conduct agreed-upon jurisdictional discovery and continue discussions aimed at narrowing the issues and is not sought for delay.

Dated:  May 4, 2024

Respectfully Submitted,

*/s/ Katherine D. Cappaert*

Boyd Cloern
Scott Richey
Katherine D. Cappaert
**Steptoe LLP**
1330 Connecticut Avenue NW
Washington, DC 20036
Telephone:  (202) 429-3000
Facsimile:   (202) 429-3902
bcloern@steptoe.com
srichey@steptoe.com
kcappaert@steptoe.com

Jamie Lucia
Benjamin Ho
**Steptoe LLP**
One Market Plaza, Steuart Tower
10th Floor, Suite 1070
San Francisco, CA 94105
Telephone:  (415) 365-6711
Facsimile:   (415) 365-6699
jlucia@steptoe.com
bho@steptoe.com

Hao Tan (IL Bar No. 6314119)
Shen Wang (IL Bar No. 6314224)
Peter J. Curtin (IL Bar No. 6332596)
203 N. LaSalle St., Ste. 2100
Chicago, IL 60601
Phone: 312-558-1369
Fax: 312-614-1873
Shenwang@archlakelaw.com
HaoTan@archlakelaw.com
Pete_curtin@archlakelaw.com

Geoffrey P. Culbertson
(TX Bar No. 24045732)
**PATTON TIDWELL &
CULBERTSON, LLP**
2800 Texas Boulevard
Texarkana, TX 75503
Telephone: (903) 792-7080
Facsimile: (903) 792-8233
gpc@texarkanalaw.com

2

*Attorneys for Plaintiff Hanshow Technology Co., Ltd. and Shanghai Hanshi Information Technology Co., Ltd.*

**CERTIFICATE OF CONFERENCE**

I hereby certify that lead counsel for Plaintiffs conferred over this motion on May 3, 2024 via email and Defendants are not opposed to the relief requested.

/s/Katherine D. Cappaert
Katherine D. Cappaert

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rules. Therefore, this document was served on all counsel who are deemed to have consented to electronic service on May 4, 2024.

/s/ Katherine D. Cappaert
Katherine D. Cappaert