**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| HANSHOW TECHNOLOGY CO., LTD. AND SHANGHAI HANSHI INFORMATION TECHNOLOGY CO., LTD.<br><br>Plaintiffs,<br><br>v.<br><br>SES-IMAGOTAG SA, SES-IMAGOTAG GMBH AND CAPTANA GMBH<br>Defendants. | Case No. 2:23-cv-00617-RWS-RSP |

**ORDER GRANTING UNOPPOSED MOTION TO SET BRIEFING SCHEDULE ON DEFENDANT SES-IMAGOTAG GMBH'S AND CAPTANA GMBH'S <u>MOTION TO DISMISS</u>**

Before the Court is Plaintiffs Hanshow Technology Co., Ltd. and Shanghai Hanshi Information Technology Co., Ltd. Unopposed Motion to Set Briefing Schedule on Defendant SES-Imagotag GMBH's and Captana GMBH's Motion to Dismiss.

Having considered the Plaintiffs' Unopposed Motion, the Court finds that it should be GRANTED.

IT IS THEREFORE ORDERED that the following schedule shall apply to Defendant SES-Imagotag GMBH's and Captana GMBH's Motion to Dismiss Plaintiffs' Complaint Pursuant to Fed. R. Civ. P. 12(b)(2), filed April 25, 2024 (Dkt. 38):

**July 8, 2024** – Deadline for Plaintiffs to Complete Jurisdictional Discovery

**July 29, 2024** – Plaintiffs shall respond to the Moving Defendants' Motion to Dismiss