IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| HANSHOW TECHNOLOGY CO., LTD. and SHANGHAI HANSHI INFORMATION TECHNOLOGY CO., LTD., | § § § § § § § § § § § § § | CIVIL ACTION NO. 2:23-cv-00617-RWS-RSP |
| *Plaintiffs*, | | |
| v. | | |
| SES-IMAGOTAG SA *et al.*, | | |
| *Defendants*. | | |

## ORDER

Before the Court is the Unopposed Motion to Set Briefing Schedule filed by Plaintiffs Hanshow Technology Co., Ltd. and Shanghai Hanshi Information Technology Co., Ltd. **Dkt. No. 44.** After consideration, and noting its unopposed nature, the Motion is **GRANTED**. It is

**ORDERED** that the deadline for Plaintiffs to complete jurisdictional discovery is July 8, 2024. It is

**FURTHER ORDERED** that the deadline for Plaintiffs to respond to Defendants' Motion to Dismiss (Dkt. No. 38) is July 29, 2024.

**SIGNED this 7th day of May, 2024.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE

1