IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HANSHOW TECHNOLOGY CO., LTD., AND SHANGHAI HANSHI INFORMATION TECHNOLOGY CO., LTD<br><br>Plaintiffs,<br><br>v.<br><br>SES-IMAGOTAG SA, SES-IMAGOTAG GMBH AND CAPTANA GMBH<br><br>Defendants. | Case No. 2:23-cv-00617-RWS-RSP |

## JURY DEMAND

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Defendant VusionGroup SA (fka SES-imagotag SA), by and through their counsel, hereby requests a trial by jury on all triable issues currently or later raised in this case.

Subject to VusionGroup GmbH and Captana GmbH's ("Moving Defendants") Motion to Dismiss for Lack of Personal Jurisdiction (Dkt. No. 38), and to the extent that the court finds personal jurisdiction is proper over those Defendants, the Moving Defendants demand a jury as to all triable issues currently or later raised in this case.

Dated: May 9, 2024                                  Respectfully submitted,

/s/ Matthew C. Acosta
Matthew C. Acosta
Texas State Bar No. 24062577
PLATT RICHMOND PLLC
1201 N. Riverfront Blvd., Suite 150
Dallas, TX 75207
Tel. (214) 559-2700
Fax: (214) 559-4390

Grant E. Kinsel
Washington State Bar No. 49576
Perkins Coie LLP
1201 Third Avenue Suite 4900
Seattle, WA 98101
Tel: (206) 359-3516
Fax: (206) 359-9000

Matthew J. Moffa
New York State Bar No. 5045067
Perkins Coie LLP
1155 Avenue of the Americas, 22nd Floor
New York, NY 10036

Eric H. Findlay
State Bar No. 00789886
Findlay Craft, P.C.
7270 Crosswater Avenue
Suite B
Tyler, Texas 75703
Tel: (903) 534-1100
Fax: (903) 534-1137

*Attorneys for Defendants VusionGroup SA, VusionGroup GmbH, and Captana GmbH.*

## CERTIFICATE OF SERVICE

    The undersigned counsel for Defendants does hereby certify that this pleading was served on all counsel of record on May 9, 2024 by the Court's ECF system.

                                      */s/ Matthew C. Acosta*
                                      MATTHEW C. ACOSTA