**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| HANSHOW TECHNOLOGY CO., LTD., AND SHANGHAI HANSHI INFORMATION TECHNOLOGY CO., LTD | § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Case No. 2:23-cv-00617-RWS-RSP |
| SES-IMAGOTAG SA, SES-IMAGOTAG GMBH AND CAPTANA GMBH | § § § | |
| Defendants. | § | |

---

**DEFENDANTS' NOTICE OF COMPLIANCE WITH LOCAL P.R. 3-3- AND 3-4
AND STANDING ORDER REGARDING SUBJECT MATTER ELIGIBILITY
CONTENTIONS**

Defendants VusionGroup SA (f/k/a SES-Imagotag SA), and VusionGroup GmbH (f/k/a SES-Imagotag GmbH) and Captana GmbH (collectively, "Defendants") hereby notify the Court that, pursuant to the Court's March 10, 2024 Order (Dkt. No. 17), Defendants submitted their Subject Matter Eligibility Contentions and complied with P.R. 3-3 and 3-4 by serving Plaintiffs' counsel of record on May 15, 2024 via electronic mail.

Dated: May 15, 2024

Respectfully submitted,

*/s/ Matthew C. Acosta*
Matthew C. Acosta
Texas State Bar No. 24062577
PLATT RICHMOND PLLC
1201 N. Riverfront Blvd., Suite 150
Dallas, TX 75207
Tel. (214) 559-2700
Fax: (214) 559-4390

Grant E. Kinsel
Washington State Bar No. 49576
Perkins Coie LLP
1201 Third Avenue Suite 4900
Seattle, WA 98101
Tel: (206) 359-3516
Fax: (206) 359-9000

Matthew J. Moffa
New York State Bar No. 5045067
Perkins Coie LLP
1155 Avenue of the Americas, 22nd Floor
New York, NY 10036

Eric H. Findlay
State Bar No. 00789886
Findlay Craft, P.C.
7270 Crosswater Avenue
Suite B
Tyler, TX 75703
Tel: (903) 534-1100
Fax: (903) 534-1137

*Attorneys for Defendants VusionGroup SA*
*VusionGroup GmbH, and Captana GmbH.*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on May 15, 2024, a true and correct copy of the above foregoing document was served on the counsel of record via the Court's CM/ECF system.

<u>*/s/ Matthew C. Acosta*</u>
Matthew C. Acosta