# EXHIBIT 1
# REDACTED IN ITS ENTIRETY

To Plaintiffs' Opposition to Defendants' Motion to Dismiss Complaint