# EXHIBIT 1-9



To Plaintiffs' Opposition to Defendants' Motion to Dismiss Complaint

Case 2:23-cv-00617-RWS-RSP   Document 50-2   Filed 08/06/24   Page 2 of 5 PageID #: 741

[Home](#) > [News](#) > New Tech, Better Outcomes: Digital Shelf Labels Are a Win for Customers and Associates

# New Tech, Better Outcomes: Digital Shelf Labels Are a Win for Customers and Associates

By **Daniela Boscan**, Food & Consumable Team Lead, Hurst, Texas

June 6, 2024 | 2 Min. Read | Innovation

[Press Center](#)





Exhibit #:

Vittorio 09 (Tab 21)

06/27/24



At Store 266 in Grapevine, Texas, we've been testing innovative technology that enhances the way we conduct pricing changes in stores – ultimately making us faster and improving the customer experience.

Now, I'm excited to announce we're expanding this new technology, called digital shelf labels (DSLs), to 2,300 stores by 2026.

This represents a significant shift in how I, and other store associates, manage pricing, inventory, order fulfillment and customer interactions, ensuring our customers enjoy an even better shopping experience.

### Press Center

**Images (8)** - 3.1 MB

**Videos (1)** - 14.1 MB

View Press Center

# Clear prices, happy shoppers: DSLs enhance the customer experience



Walmart stores have over 120,000 products on shelves, each with an individual price tag. Every week our stores support thousands of pricing updates for new items, Rollbacks and markdowns.

Digital shelf labels, developed by Vusion Group, allow us to update prices at the shelf using a mobile app, reducing the need to walk around the store to change paper tags by hand and giving us more time to support customers in the store.

## Day in my life: DSLs empower associates

01:59

Working with DSLs has transformed my daily routine. This new tech enhances the way we stock shelves and fulfill orders. Here are a few key benefits I experience every day:

- **Increased productivity and reduced walking time:** DSLs allow us to update prices with a few clicks. A price change that used to take an associate two days to update now takes only minutes with the new DSL system. This efficiency means we can spend more time assisting customers and less time on repetitive tasks.
- **Simplified stock replenishment:** With the "Stock to Light" feature, an associate can flash an LED light on the shelf tag using their mobile device, signaling locations that require attention. This feature makes it easier for associates to identify shelf location when stocking shelves.
- **Faster order picking and fulfillment:** The "Pick to Light" feature guides us directly to the products needed for online orders, speeding up the picking process and improving order accuracy.



Digital Shelf in Salad Dressing Aisle

The transition to digital shelf labels is a game-changer for Walmart, our customers and our associates. It is not only about improving efficiency and customer satisfaction, but also about integrating sustainability into our work, in this case, to help reduce operational waste. As we continue to digitalize stores and expand digital shelf labels to 2,300 stores by 2026, we are excited about the positive impact this innovation will have on our operations and the environment.

### Delivering for Customers

Walmart is meeting customer demand with adaptive retail and innovations that intuitively fit into customers' lives.

Read more



Privacy & Security | Fraud | Request my Personal Information | Walmart California Consumer Privacy Act Notice |
California Supply Chains Act | FAQs | Contact | Policies | Terms of Use | Recalls | Your Privacy Choices

Walmart U.S.    Sam's Club    Walmart International

WMT  67.42  ▼ 1.48

Stock pricing delayed by 20 minutes.

© 2024 Walmart Inc. All Rights Reserved.