# EXHIBIT 2
# REDACTED IN ITS ENTIRETY

To Plaintiffs' Opposition to Defendants' Motion to Dismiss Complaint