# EXHIBIT 4
# REDACTED IN ITS
# ENTIRETY

To Plaintiffs' Opposition to Defendants' Motion to
Dismiss Complaint