# EXHIBIT 10



To Plaintiffs' Opposition to Defendants' Motion to Dismiss Complaint

        

Home | My Network | Jobs | Messaging | Notifications | Me ▾ | For Business ▾ | **Try Premium Business for $0**



**VusionGroup**
55,502 followers

＋ Follow

View full page

---

**VusionGroup**
55,502 followers
5mo • Edited • 🌐

Follow   •••

Meet us at CMA SIMA Conference in Dallas

Together with **BlueYonder** and **Captana** by VusionGroup with our integrated solution, revolutionize your store's operational and commercial efficiency.

Join **Pierre-Marie Rallu**, VP **Captana** North America, VusionGroup, over these three days to see how advanced Computer Vision and AI technology can optimize product placement, boost sales performance and elevate your retail strategy.

Contact us to arrange a demo at CMA SIMA Conference.

Hyatt Regency - Dallas, Texas
February 26th to the 28th, 2024














