# EXHIBIT 10



To Plaintiffs' Opposition to Defendants' Motion to Dismiss Complaint

        
















