# EXHIBIT 2
# FILED UNDER
# SEAL PURSUANT TO
# PROTECTIVE ORDER
To Defendants' Reply in Support of Motion to Dismiss















