**PUBLIC VERSION**

# EXHIBIT 1 REDACTED IN ITS ENTIRETY

PLAINTIFFS' SUR-REPLY IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(2)