# EXHIBIT 2

PLAINTIFFS' SUR-REPLY IN SUPPORT OF
PLAINTIFFS' OPPOSITION TO
DEFENDANTS' MOTION TO DISMISS
COMPLAINT PURSUANT TO
FED. R. CIV. P. 12(B)(2)

   Home  My Network  Jobs  Messaging  Notifications  Me  For Business

Try Premium Business for free



### Colleen Jensen · 3rd

Channel Manager at SES-Imagotag

- SES-imagotag


- Naveen Jindal School of Management, UT Dallas

Flower Mound, Texas, United States · Contact info

500+ connections

Message     Follow    More

## About

Specialties: Sales of mobile systems and services
Development of Service Program
Creative Solutions for customers

## Activity
676 followers

**Posts**   Comments   Images

Colleen Jensen reposted this • 3mo

📣 Exciting news! **VusionGroup** was recently featured in **Progressive Grocer** for our innovative work with Westside Market NYC. Check out the exclusive arti… …show more



**EXCLUSIVE: Westside Market NYC Discovers a Love of Labels and More**
progressivegrocer.com

 103

---

Colleen Jensen posted this • 5mo



See you in Vegas. Stop by our booth #1307 to see the solutions offered by VusionGroup.
#esl #captana #engage

 14

---

Colleen Jensen reposted this • 7mo

📣Together with our new corporate brand identity, we launched our new website. … …show more



**Technologies for Positive Commerce | VusionGroup**
vusion.com

 115

---

**Show all posts →**

## Experience

**Sr. Channel Manager**
SES-imagotag · Full-time
Mar 2022 - Present · 2 yrs 6 mos
United States · Remote



SES-Imagotag provides unique features to digitize retail starting with Electronic Shelf Labels(ESL) to automate pricing and promotions   ...see more

**Datalogic ADC**
17 yrs

- **South Central Channel Account Manager**
  Jan 2010 - Dec 2022 · 13 yrs
  Flower Mound, TX

   * Responsible for promoting and selling Datalogic products and services to Partner/resellers and end users in territory....   ...see more

- **Americas Service Marketing and Sales**
  Jan 2006 - Dec 2009 · 4 yrs

   * Market current services
   * Analyze current offering and make recommendations for imprc   ...see more



**Retail Service Development, Marketing & Sales**
Dell
Oct 2002 - Oct 2005 · 3 yrs 1 mo

 * Developed Services aimed at the Retail Industry for Dell's new Retail offering (POS and beyond). ...   ...see more



**Professional Services**
NCR Corporation
1985 - 2002 · 17 yrs

## Education



**Naveen Jindal School of Management, UT Dallas**
Executive MBA, International Business
1994 - 1996

## Skills

**Sales**



Other similar profiles


**David Suarez**  · 3rd
VP & GM Point of Sale at InVue

View profile

---


**Tom Tarter** · 3rd
Technical Channel Sales Manager at SES-Imagotag

View profile

---


**Shay Langley** · 3rd
Senior Manager, Program Management

View profile

---


**Chris Miller** · 3rd
Senior Channel Manager - SES-imagotag

View profile

---


**Romain Desvigne**  · 3rd
Business Developer Manager- North America at VusionGroup

View profile

---

Show all

People you may know
From Colleen's school


**Jake Heller** 
Director, Talent Planning

Connect



**Dean M. Cannon, MD, MSc, FAAP**

Senior Healthcare Executive | Improving Value of Healthcare Delivery & Outcomes | Clinical & Medical Management |

+ Connect



**Nicholas Martin** 

Talent Acquisition Manager - Corporate at HomeServe USA

+ Connect



**Asha Devasia**

SVP Strategy & Innovation at Schneider Electric

+ Connect



**Nick Vinella** 

Senior Executive Consultant - Direct Hire Finance Recruiting at Beacon Hill

+ Connect

Show all

---

**You might like**
Pages for you



**Parabellum Capital LLC**
Financial Services
1,390 followers

○ 1 connection works here

+ Follow

---



**OpenAI**
Research Services
5,508,649 followers

