# EXHIBIT 3

PLAINTIFFS' SUR-REPLY IN SUPPORT OF
PLAINTIFFS' OPPOSITION TO
DEFENDANTS' MOTION TO DISMISS
COMPLAINT PURSUANT TO
FED. R. CIV. P. 12(B)(2)

