IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HANSHOW TECHNOLOGY CO., LTD. AND SHANGHAI HANSHI INFORMATION TECHNOLOGY CO., LTD<br><br>Plaintiffs,<br><br>v.<br><br>SES-IMAGOTAG SA, SES-IMAGOTAG GMBH AND CAPTANA GMBH<br><br>Defendants. | § § § § § § § § § § § § § § § §<br><br>Case No. 2:23-cv-00617-RWS-RSP |

**DEFENDANTS VUSIONGROUP GMBH f/k/a SES-IMAGOTAG GMBH and CAPTANA GMBH'S UNOPPOSSED MOTION FOR HEARING ON MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(2)**

**TO THE HONORABLE COURT:**

Defendants VusionGroup GmbH f/k/a SES-Imagotag GmbH and Captana GmbH (collectively the "Moving Defendants"), by and through their undersigned counsel, respectfully request that the Court schedule a hearing on the Moving Defendants' Motion to Dismiss Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 12 (b)(2) (the "Motion") (Dkt. 38).

After conferring with counsel for Plaintiffs Hanshow Technology Co., Ltd. and Shanhai Hanshi Information Technology Co., Ltd (collectively, "Plaintiffs"), Plaintiffs indicated that they do not oppose the Moving Defendants' motion for a hearing on the Motion.

Accordingly, the Moving Defendants request that the Court set the Motion for hearing.

Dated: August 22, 2024      Respectfully submitted,

/s/ Matthew C. Acosta
Matthew C. Acosta
Texas State Bar No. 24062577
PLATT RICHMOND PLLC
1201 N. Riverfront Blvd., Suite 150
Dallas, TX 75207
Tel. (214) 559-2700
Fax: (214) 559-4390

Grant E. Kinsel
Washington State Bar No. 49576
Perkins Coie LLP
1201 Third Avenue Suite 4900
Seattle, WA 98101
Tel: (206) 359-3516
Fax: (206) 359-9000

Matthew J. Moffa
New York State Bar No. 5045067
Perkins Coie LLP
1155 Avenue of the Americas, 22nd Floor
New York, NY 10036

Eric H. Findlay
State Bar No. 00789886
Findlay Craft, P.C.
7270 Crosswater Avenue
Suite B
Tyler, Texas 75703
Tel: (903) 534-1100
Fax: (903) 534-1137

*Attorneys for Defendants VusionGroup SA, VusionGroup GmbH, and Captana GmbH.*

**CERTIFICATE OF SERVICE**

The undersigned counsel for Defendants hereby certifies that a copy of the foregoing document was served on all counsel of record on August 22, 2024, via electronic filing through the Court's ECF filing system and electronic mail.

/s/ Matthew C. Acosta
MATTHEW C. ACOSTA

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that Counsel for Defendants and Counsel for Plaintiffs met and conferred on August 22, 2024, and Plaintiffs are unopposed to the relief requested herein.

/s/ Matthew C. Acosta
MATTHEW C. ACOSTA