IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HANSHOW TECHNOLOGY CO., LTD., AND SHANGHAI HANSHI INFORMATION TECHNOLOGY CO., LTD<br><br>Plaintiffs,<br><br>v.<br><br>SES-IMAGOTAG SA, SES-IMAGOTAG GMBH AND CAPTANA GMBH<br><br>Defendants. | §§§§§§§§§§§§§§§§§§§<br><br>Case No. 2:23-cv-00617-RWS-RSP |

**ORDER GRANTING DEFENDANTS VUSIONGROUP GMBH f/k/a SES-IMAGOTAG GMBH and CAPTANA GMBH'S UNOPPOSED MOTION FOR HEARING ON MOTION TO DISMISS**

ON THIS DAY, came before the Court Defendants VusionGroup GmbH f/k/a SES-Imagotag GmbH and Captana GmbH's (collectively, the "Moving Defendants") Unopposed Motion for Hearing (the "Motion") on Motion to Dismiss Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 12(b)(2) (the "Motion to Dismiss") (Dkt. 38). Having considered the Motion, and the pleadings on file, the Court finds that the Motion should in all things be GRANTED.

IT IS THEREFORE ORDERED that the Moving Defendants' Motion is hereby GRANTED. The Moving Defendants' Motion to Dismiss is set for hearing on _____, 2024 at _____ am/pm.