IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HANSHOW TECHNOLOGY CO., LTD. AND SHANGHAI HANSHI INFORMATION TECHNOLOGY CO., LTD<br><br>    Plaintiffs,<br><br>v.<br><br>SES-IMAGOTAG SA, SES-IMAGOTAG GMBH AND CAPTANA GMBH<br><br>    Defendants. | § § § § § § § § § § § § § § §  Case No. 2:23-cv-00617-RWS-RSP |

## NOTICE OF UNAVAILABILITY

TO:        The Clerk of the Court

AND TO:    All Parties and Counsel of Record.

Please take notice that Matthew C Acosta, attorney for Defendants VusionGroup GmbH f/k/a SES-Imagotag GmbH and Captana GmbH (collectively the "Moving Defendants"), will be out of the office and unavailable for depositions, hearings or trial from September 9, 2024 through September 30, 2024.

It is respectfully requested that no deposition, hearings, trial or other matters be noted during this time period.

Dated: September 9, 2024               Respectfully submitted,

                                                                          */s/ Matthew C. Acosta*
Matthew C. Acosta
Texas State Bar No. 24062577
Alex Jacobs
Texas Bar No. 24124175
ajacobs@plattrichmond.com
Heather M. Crabill
Texas State Bar No. 24131151
hcrabill@plattrichmond.com
PLATT RICHMOND PLLC
1201 N. Riverfront Blvd., Suite 150
Dallas, TX 75207
Tel. (214) 559-2700
Fax: (214) 559-4390

Grant E. Kinsel
Washington State Bar No. 49576
Perkins Coie LLP
1201 Third Avenue Suite 4900
Seattle, WA 98101
Tel: (206) 359-3516
Fax: (206) 359-9000

Matthew J. Moffa
New York State Bar No. 5045067
Perkins Coie LLP
1155 Avenue of the Americas, 22nd Floor
New York, NY 10036

Eric H. Findlay
State Bar No. 00789886
Findlay Craft, P.C.
7270 Crosswater Avenue
Suite B
Tyler, Texas 75703
Tel: (903) 534-1100
Fax: (903) 534-1137

*Attorneys for Defendants VusionGroup SA, VusionGroup GmbH, and Captana GmbH.*

## CERTIFICATE OF SERVICE

    The undersigned counsel for Defendants hereby certifies that a copy of the foregoing document was served on all counsel of record on September 9, 2024, via electronic filing through the Court's ECF filing system and electronic mail.

                                          */s/ Matthew C. Acosta*
                                          MATTHEW C. ACOSTA